JS 44 (Rev. 12/07)(cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

**I. (a) PLAINTIFFS**

ROBERT PRITIKIN, ADDITIONAL PARTIES ATTACHMENT FORM IS ATTACHED

**DEFENDANTS**

COMERICA BANK, COMERICA INCORPORATED, DOES 1-100, CORPORATE DOES 101-110

**(b)** County of Residence of First Listed Plaintiff SANTA BARBARA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    Santa Clara
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

*E-filing*

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

LAW OFFICES OF ROBERT M. LUBIN
177 BOVET ROAD, SUITE 600
SAN MATEO, CA 94402
650-638-2331

Attorneys (If Known)

C09  03303  RS

*ADR*

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question (U.S. Government Not a Party) |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                       and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities— Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities— Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus— Alien Detainee | | |
| | | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
18 USC 1961 ET SEQ

Brief description of cause:
RICO,UNFAIR BUSINESS PRACTICES,AIDING AND ABETTING FRAUD/FIDUCIARY DUTY, CIV CONSPIRACY

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $    CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)

☐ SAN FRANCISCO/OAKLAND    ☒ SAN JOSE

DATE 7/20/09

SIGNATURE OF ATTORNEY OF RECORD
Robert M. Lubin

**PRITIKIN v. COMERICA BANKD, ET. AL.**

## ADDITIONAL PARTIES ATTACHMENT FORM

EARL O BENDER and JOAN C. BENDER individually and as trustees of the BENDER FAMILY
TRUST, dated JUNE 27, 1980, INTERCOASTAL PROPERTY SERVICES, LLC,  HOWARD
BLITZ and TRACEY BLITZ,  SIDNEY BLITZ  individually and as trustee of the SID BLITZ,
INC. PSP, Dr. DERALD E BRACKMANN and CHARLOTTE J BRACKMANN individually and
as trustees of the BRACKMANN FAMILY TRUST,  ROBERT BRETT, and CATHLEEN M.
BRETT individually and as trustees of the ROBERT A. AND CATHLEEN M. BRETT 1989
REVOCABLE TRUST, ROBERT BRETT as trustee of the GEORGE H. BRETT 1989
REVOCABLE TRUST, and the THERESA S. BRETT 1988 REVOCABLE TRUST, GEORGE
BRETT,  THERESA A. BRETT,  TERRY D. BULLER as trustee for the TERRY D. BULLER,
P.C., MONEY PURCHASE PENSION TRUST, JON FERRARA and ARLEAN FERRARA, an
individually and as trustees of the FERRARA LIVING TRUST, HARRY S. GARTSMAN and
DOROTHY GARTSMAN individually and as trustees of the GARTSMAN FAMILY TRUST,
DATED APRIL 12, 1990, STEVEN GEVIRTZ,  EDWIN J. HAGERTY,  RICHARD
HORNSTROM, RICHH LIMITED PARTNERSHIP,  ROBERT ISENBERG, JOSEPH R.
JOHNSON and ERNA M. JOHNSON,  JEAN KAUTH MCGRATH individually and as trustee
of the JEAN KAUTH MCGRATH TRUST,  PHYLLIS KLEIN, individually and as trustee of
the PHYLLIS KLEIN TRUST,  KENNETH KRAUS and PERRY GIBSON,  individually and as
trustees of the KRAUS/GIBSON REVOCABLE TRUST OF 1987, DAVID LEON as trustee of
the LEVEL 1 PROMOTION, INC. PROFIT SHARING PLAN, FRANCIS MCGRATH
individually and as trustee of the FRANCIS MCGRATH TRUST,  RODNEY G. MINOTT
individually and as trustee of the RODNEY G. MINOTT, JR. TRUST, as assignee of the
POLLY BERRY KENNEDY GST FBO RODNEY G. MINOTT, and the FRANK KENNEDY
TRUST FBO RODNEY G. MINOTT,  PAUL NADEL,  MICHAEL J. O'MALLEY,
JOHANNA PIPES,  MONROE ROSENTHAL, individually and as trustee of the MONROE
AND ANDREA N.  ROSENTHAL FAMILY TRUST and the NOURAFCHAN ROSENTHAL
CHILDREN'S TRUST,  NICHOLAS ROTHENBERG  as trustee of  the JANNOTTA
ROTHENBERG REVOCABLE TRUST, SCHOENFELD PROPERTIES LLC,  L. KENNETH
SCHOENFELD, and BEVERLYSCHOENFELD,  L. KENNETH SCHOENFELD as trustee of
the  IRREVOCABLE INTER VIVOS TRUST FOR GREAT GRANDCHILDREN
OF RUTH CLAYBURGH FOR EDUCATIONAL PURPOSES,  RICHARD ELDER, as trustee
for the L. KENNETH AND BEVERLY ANN  SCHOENFELD GRANDCHILDREN'S TRUST-
DATED OCTOBER 1, 1989, and the KEN & BEVERLY SCHOENFELD IRREVOCABLE
TRUST, DATED SEPTEMBER 2, 1986, ROBERT SCHOENFELD,  MICHAEL SCHWARTZ
and SHEILA SCHWARTZ,  STERLING FURNITURE CORPORATION dba M. JACOB FINE
FURNITURE, CHARLES B. SCOTT as trustee of the SCOTT FAMILY TRUST DATED
MARCH 1994,  SAM SILVERBERG, ESTHER SILVERBERG, ROBERT SILVERBERG,
MARGOT STRONG,  ROBERT S. TOLL,  MERRICK UNGAR, SCOTT UNGAR,  STEVEN
UNGAR and KAREN UNGAR individually and as trustees of the UNGAR FAMILY
INTERVIVOS REVOCABLE TRUST,  CLIFF WARREN, RENEE WARREN,  MARK
WEINSTEIN individually and as trustee of the MJW INVESTMENTS PSP,  714-910 S. LOS
ANGELES LLC, HI- DESERT MOBILE HOME PARK LIMITED  PARTNERSHIP, as

successor in interest of HI-DESERT MOBILEHOME PARK, LLC,  KEVIN WISER,
ALAN ALPERT, individually and as trustee of the ALAN ALPERT & SOPHIE ALPERT
TRUST OF AUGUST 19, 1991,HARRY FAVERSHAM and SYLVIA FAVERSHAM,
 individually and as trustees of the HARRY & SYLVIA FAVERSHAM TRUST, RAFAEL
SABAG, JULIE FRIEDMAN, individually and as trustee of the JEFF & JULIE
FRIEDMAN FAMILY TRUST and as assignee for SAMANTHA FRIEDMAN
and JESSICA FRIEDMAN, MERVIN KURTZMAN,  JUDITH ROTHMAN ROFÉ,
individually and as trustee of the ROFÉ/ROTHMAN FAMILY TRUST, as assignee of LEO
ROFÉ and as custodian for IAN ROFÉ, JEROME V. NAVARRA, NAVARRA MORENA
PROPERTIES, LLC. a successor in interest to NAVARRA PROPERTIES,  NAVARRA
PROPERTIES BROADWAY, L.P., a successor in interest to NAVARRA PROPERTIES,
NAVARRA PROPERTIES EC-SM, L.P., a successor in interest to  NAVARRA PROPERTIES,
JOHANNA PIPES FAMILY PARTNERSHIP II, L.P., as successor in interest to the JOHANNA
PIPES FAMILY PARTNERSHIP, L.P., BERNARDO VIEW PROPERTIES, INC., JEROMES
FURNITURE WARESHOUSE