AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of California

| | |
|---|---|
| ROBERT PRITIKIN, ADDITIONAL PARTIES ATTACHMENT FORM IS ATTACHED<br><br>*Plaintiff*<br><br>v.<br><br>COMERICA BANK, COMERICA INCORPORATED, DOES 1-100, CORPORATE DOES 101-110<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

E-filing

Civil Action No.

**C09    03303**

RS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    COMERICA INCORPORATED
c/o Agent for Service of Process, CT Corporation System
818 West Seventh  Street
Los Angeles, CA 90017

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    ROBERT M. LUBIN, ESQ.
LAW OFFICES OF ROBERT M. LUBIN
177 BOVET ROAD, SUITE 600
SAN MATEO, CALIFORNIA  94402

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    JUL 2 0 2009

**Tiffany Salinas-Harwell**

*Signature of Clerk or Deputy Clerk*

**PRITIKIN v. COMERICA BANKD, ET. AL.**

## ADDITIONAL PARTIES ATTACHMENT FORM

EARL O BENDER and JOAN C. BENDER individually and as trustees of the BENDER FAMILY TRUST, dated JUNE 27, 1980, INTERCOASTAL PROPERTY SERVICES, LLC,  HOWARD BLITZ and TRACEY BLITZ, SIDNEY BLITZ  individually and as trustee of the SID BLITZ, INC. PSP, Dr. DERALD E BRACKMANN and CHARLOTTE J BRACKMANN individually and as trustees of the BRACKMANN FAMILY TRUST,  ROBERT BRETT, and CATHLEEN M. BRETT individually and as trustees of the ROBERT A. AND CATHLEEN M. BRETT 1989 REVOCABLE TRUST, ROBERT BRETT as trustee of the GEORGE H. BRETT 1989 REVOCABLE TRUST, and the THERESA S. BRETT 1988 REVOCABLE TRUST, GEORGE BRETT, THERESA A. BRETT,  TERRY D. BULLER as trustee for the TERRY D. BULLER, P.C., MONEY PURCHASE PENSION TRUST, JON FERRARA and ARLEAN FERRARA, an individually and as trustees of the FERRARA LIVING TRUST, HARRY S. GARTSMAN and DOROTHY GARTSMAN individually and as trustees of the GARTSMAN FAMILY TRUST, DATED APRIL 12, 1990, STEVEN GEVIRTZ,  EDWIN J. HAGERTY, RICHARD HORNSTROM, RICHH LIMITED PARTNERSHIP,  ROBERT ISENBERG, JOSEPH R. JOHNSON and ERNA M. JOHNSON,  JEAN KAUTH MCGRATH individually and as trustee of the JEAN KAUTH MCGRATH TRUST,  PHYLLIS KLEIN, individually and as trustee of the PHYLLIS KLEIN TRUST,  KENNETH KRAUS and PERRY GIBSON,  individually and as trustees of the KRAUS/GIBSON REVOCABLE TRUST OF 1987, DAVID LEON as trustee of the LEVEL 1 PROMOTION, INC. PROFIT SHARING PLAN, FRANCIS MCGRATH individually and as trustee of the FRANCIS MCGRATH TRUST,  RODNEY G. MINOTT individually and as trustee of the RODNEY G. MINOTT, JR. TRUST, as assignee of the POLLY BERRY KENNEDY GST FBO RODNEY G. MINOTT, and the FRANK KENNEDY TRUST FBO RODNEY G. MINOTT,  PAUL NADEL,  MICHAEL J. O'MALLEY, JOHANNA PIPES,  MONROE ROSENTHAL, individually and as trustee of the MONROE AND ANDREA N. ROSENTHAL FAMILY TRUST and the NOURAFCHAN ROSENTHAL CHILDREN'S TRUST,  NICHOLAS ROTHENBERG as trustee of the JANNOTTA ROTHENBERG REVOCABLE TRUST, SCHOENFELD PROPERTIES LLC, L. KENNETH SCHOENFELD, and BEVERLYSCHOENFELD, L. KENNETH SCHOENFELD as trustee of the IRREVOCABLE INTER VIVOS TRUST FOR GREAT GRANDCHILDREN OF RUTH CLAYBURGH FOR EDUCATIONAL PURPOSES,  RICHARD ELDER, as trustee for the L. KENNETH AND BEVERLY ANN  SCHOENFELD GRANDCHILDREN'S TRUST-DATED OCTOBER 1, 1989, and the KEN & BEVERLY SCHOENFELD IRREVOCABLE TRUST, DATED SEPTEMBER 2, 1986, ROBERT SCHOENFELD, MICHAEL SCHWARTZ and SHEILA SCHWARTZ,  STERLING FURNITURE CORPORATION dba M. JACOB FINE FURNITURE, CHARLES B. SCOTT as trustee of the SCOTT FAMILY TRUST DATED MARCH 1994,  SAM SILVERBERG, ESTHER SILVERBERG, ROBERT SILVERBERG, MARGOT STRONG,  ROBERT S. TOLL,  MERRICK UNGAR, SCOTT UNGAR,  STEVEN UNGAR and KAREN UNGAR individually and as trustees of the UNGAR FAMILY INTERVIVOS REVOCABLE TRUST,  CLIFF WARREN, RENEE WARREN,  MARK WEINSTEIN individually and as trustee of the MJW INVESTMENTS PSP, 714-910 S. LOS ANGELES LLC, HI- DESERT MOBILE HOME PARK LIMITED  PARTNERSHIP, as

successor in interest of HI-DESERT MOBILEHOME PARK, LLC,  KEVIN WISER,
ALAN ALPERT, individually and as trustee of the ALAN ALPERT & SOPHIE ALPERT
TRUST OF AUGUST 19, 1991,HARRY FAVERSHAM and SYLVIA FAVERSHAM,
 individually and as trustees of the HARRY & SYLVIA FAVERSHAM TRUST, RAFAEL
SABAG, JULIE FRIEDMAN, individually and as trustee of the JEFF & JULIE
FRIEDMAN FAMILY TRUST and as assignee for SAMANTHA FRIEDMAN
and JESSICA FRIEDMAN, MERVIN KURTZMAN,  JUDITH ROTHMAN ROFÉ,
individually and as trustee of the ROFÉ/ROTHMAN FAMILY TRUST, as assignee of LEO
ROFÉ and as custodian for IAN ROFÉ, JEROME V. NAVARRA, NAVARRA MORENA
PROPERTIES, LLC. a successor in interest to NAVARRA PROPERTIES,  NAVARRA
PROPERTIES BROADWAY, L.P., a successor in interest to NAVARRA PROPERTIES,
NAVARRA PROPERTIES EC-SM, L.P., a successor in interest to  NAVARRA PROPERTIES,
JOHANNA PIPES FAMILY PARTNERSHIP II, L.P., as successor in interest to the JOHANNA
PIPES FAMILY PARTNERSHIP, L.P., BERNARDO VIEW PROPERTIES, INC., JEROMES
FURNITURE WARESHOUSE

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)*

_____ _____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: