AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| ROBERT PRITIKIN, ADDITIONAL PARTIES ATTACHMENT FORM IS ATTACHED _____ *Plaintiff* v. COMERICA BANK, COMERICA INCORPORATED, DOES 1-100, CORPORATE DOES 101-110 _____ *Defendant* | ) ) ) ) ) ) ) ) ) ) |

Civil Action No.

## C09  03303

RS

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    COMERICA BANK
c/o Agent for Service of Process, CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    ROBERT M. LUBIN, ESQ.
LAW OFFICES OF ROBERT M. LUBIN
177 BOVET ROAD, SUITE 600
SAN MATEO, CALIFORNIA 94402

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____  JUL 2 0 2009

Tiffany Salinas-Harwell

_____
*Signature of Clerk or Deputy Clerk*

**PRITIKIN v. COMERICA BANKD, ET. AL.**

## ADDITIONAL PARTIES ATTACHMENT FORM

EARL O BENDER and JOAN C. BENDER individually and as trustees of the BENDER FAMILY
TRUST, dated JUNE 27, 1980, INTERCOASTAL PROPERTY SERVICES, LLC, HOWARD
BLITZ and TRACEY BLITZ, SIDNEY BLITZ individually and as trustee of the SID BLITZ,
INC. PSP, Dr. DERALD E BRACKMANN and CHARLOTTE J BRACKMANN individually and
as trustees of the BRACKMANN FAMILY TRUST, ROBERT BRETT, and CATHLEEN M.
BRETT individually and as trustees of the ROBERT A. AND CATHLEEN M. BRETT 1989
REVOCABLE TRUST, ROBERT BRETT as trustee of the GEORGE H. BRETT 1989
REVOCABLE TRUST, and the THERESA S. BRETT 1988 REVOCABLE TRUST, GEORGE
BRETT, THERESA A. BRETT, TERRY D. BULLER as trustee for the TERRY D. BULLER,
P.C., MONEY PURCHASE PENSION TRUST, JON FERRARA and ARLEAN FERRARA, an
individually and as trustees of the FERRARA LIVING TRUST, HARRY S. GARTSMAN and
DOROTHY GARTSMAN individually and as trustees of the GARTSMAN FAMILY TRUST,
DATED APRIL 12, 1990, STEVEN GEVIRTZ, EDWIN J. HAGERTY, RICHARD
HORNSTROM, RICHH LIMITED PARTNERSHIP, ROBERT ISENBERG, JOSEPH R.
JOHNSON and ERNA M. JOHNSON, JEAN KAUTH MCGRATH individually and as trustee
of the JEAN KAUTH MCGRATH TRUST, PHYLLIS KLEIN, individually and as trustee of
the PHYLLIS KLEIN TRUST, KENNETH KRAUS and PERRY GIBSON, individually and as
trustees of the KRAUS/GIBSON REVOCABLE TRUST OF 1987, DAVID LEON as trustee of
the LEVEL 1 PROMOTION, INC. PROFIT SHARING PLAN, FRANCIS MCGRATH
individually and as trustee of the FRANCIS MCGRATH TRUST, RODNEY G. MINOTT
individually and as trustee of the RODNEY G. MINOTT, JR. TRUST, as assignee of the
POLLY BERRY KENNEDY GST FBO RODNEY G. MINOTT, and the FRANK KENNEDY
TRUST FBO RODNEY G. MINOTT, PAUL NADEL, MICHAEL J. O'MALLEY,
JOHANNA PIPES, MONROE ROSENTHAL, individually and as trustee of the MONROE
AND ANDREA N. ROSENTHAL FAMILY TRUST and the NOURAFCHAN ROSENTHAL
CHILDREN'S TRUST, NICHOLAS ROTHENBERG as trustee of the JANNOTTA
ROTHENBERG REVOCABLE TRUST, SCHOENFELD PROPERTIES LLC, L. KENNETH
SCHOENFELD, and BEVERLY SCHOENFELD, L. KENNETH SCHOENFELD as trustee of
the IRREVOCABLE INTER VIVOS TRUST FOR GREAT GRANDCHILDREN
OF RUTH CLAYBURGH FOR EDUCATIONAL PURPOSES, RICHARD ELDER, as trustee
for the L. KENNETH AND BEVERLY ANN SCHOENFELD GRANDCHILDREN'S TRUST-
DATED OCTOBER 1, 1989, and the KEN & BEVERLY SCHOENFELD IRREVOCABLE
TRUST, DATED SEPTEMBER 2, 1986, ROBERT SCHOENFELD, MICHAEL SCHWARTZ
and SHEILA SCHWARTZ, STERLING FURNITURE CORPORATION dba M. JACOB FINE
FURNITURE, CHARLES B. SCOTT as trustee of the SCOTT FAMILY TRUST DATED
MARCH 1994, SAM SILVERBERG, ESTHER SILVERBERG, ROBERT SILVERBERG,
MARGOT STRONG, ROBERT S. TOLL, MERRICK UNGAR, SCOTT UNGAR, STEVEN
UNGAR and KAREN UNGAR individually and as trustees of the UNGAR FAMILY
INTERVIVOS REVOCABLE TRUST, CLIFF WARREN, RENEE WARREN, MARK
WEINSTEIN individually and as trustee of the MJW INVESTMENTS PSP, 714-910 S. LOS
ANGELES LLC, HI- DESERT MOBILE HOME PARK LIMITED PARTNERSHIP, as

successor in interest of HI-DESERT MOBILEHOME PARK, LLC, KEVIN WISER, ALAN ALPERT, individually and as trustee of the ALAN ALPERT & SOPHIE ALPERT TRUST OF AUGUST 19, 1991,HARRY FAVERSHAM and SYLVIA FAVERSHAM, individually and as trustees of the HARRY & SYLVIA FAVERSHAM TRUST, RAFAEL SABAG, JULIE FRIEDMAN, individually and as trustee of the JEFF & JULIE FRIEDMAN FAMILY TRUST and as assignee for SAMANTHA FRIEDMAN and JESSICA FRIEDMAN, MERVIN KURTZMAN, JUDITH ROTHMAN ROFÉ, individually and as trustee of the ROFÉ/ROTHMAN FAMILY TRUST, as assignee of LEO ROFÉ and as custodian for IAN ROFÉ, JEROME V. NAVARRA, NAVARRA MORENA PROPERTIES, LLC. a successor in interest to NAVARRA PROPERTIES, NAVARRA PROPERTIES BROADWAY, L.P., a successor in interest to NAVARRA PROPERTIES, NAVARRA PROPERTIES EC-SM, L.P., a successor in interest to NAVARRA PROPERTIES, JOHANNA PIPES FAMILY PARTNERSHIP II, L.P., as successor in interest to the JOHANNA PIPES FAMILY PARTNERSHIP, L.P., BERNARDO VIEW PROPERTIES, INC., JEROMES FURNITURE WARESHOUSE

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: