BUCHALTER NEMER
A Professional Corporation
   PETER G. BERTRAND (#87883)
   RICHARD C. DARWIN (#161245)
333 Market Street, 25th Floor
San Francisco, California 94105-2126
Telephone:   (415) 227-0900
Facsimile:   (415) 227-0770
rdarwin@buchalter.com

Attorneys for Defendant
COMERICA BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| ROBERT PRITIKIN, et al.,<br><br>             Plaintiffs,<br><br>v.<br><br>COMERICA BANK, et al.,<br><br>             Defendants. | CASE NO. C09 03303 RS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: August 3, 2009

                                                  BUCHALTER NEMER
                                                  A Professional Corporation

                                                  By: _____
                                                              Richard C. Darwin
                                                  Attorneys for Defendant
                                                  COMERICA BANK

BN 4098150v1                                       1

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE – CASE NO. C09 03303 RS