1  BUCHALTER NEMER
   A Professional Corporation
2     PETER G. BERTRAND (#87883)
      RICHARD C. DARWIN (#161245)
3  333 Market Street, 25th Floor
   San Francisco, California 94105-2126
4  Telephone:   (415) 227-0900
   Facsimile:   (415) 227-0770
5  rdarwin@buchalter.com

6  Attorneys for Defendant
   COMERICA BANK
7

8                  UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

10

11 | ROBERT PRITIKIN, et al.,           | CASE NO. C09 03303 RS
12 |         Plaintiffs,                | **PROOF OF SERVICE**
13 | v.                                 |
14 | COMERICA BANK, et al.,             |
15 |         Defendants.                |

16

17       I am employed in the County of San Francisco, State of California. I am over the age of

18 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A

19 Professional Corporation, 333 Market Street, 25th Floor, San Francisco, California 94105-2126.

20       On the date set forth below, I served the foregoing document described as:

21  **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
    REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT
22  JUDGE**

23
   on all other parties and/or their attorney(s) of record to this action by _____ faxing and/or
24
   _X_ placing a true copy thereof in a sealed envelope as follows:
25

26  Joseph Camenzind , IV              Kenneth Pritikin
    Law Offices of Robert Lubin        Law Offices of Kenneth Pritikin
27  177 Bovet Road                     2950 Buskirk Avenue
    Suite 600                          Suite 300
28  San Mateo, CA 94402                Walnut Creek, CA 9459

BN 4102235v1

Robert M Lubin
Law Offices of Robert Lubin
177 Bovet Rd
Suite 600
San Mateo, CA 94402

☒   **BY MAIL**   I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in San Francisco, California on August 3, 2009. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☒   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on August 3, 2009, at San Francisco, California.

Lucy Gerace                            *Lucy Gerace*
                                       (Signature)

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 4102235v1                                 2

**PROOF OF SERVICE**