THIS IS TO CERTIFY THAT A COPY OF THIS CLERK'S NOTICE HAS BEEN MAILED TO:

Joseph Camenzind , IV
Law Offices of Robert Lubin
177 Bovet Road
Suite 600
San Mateo, CA 94402

Kenneth Pritikin
Law Offices of Kenneth Pritikin
2950 Buskirk Avenue
Suite 300
Walnut Creek, CA 9459

Dated: August 4, 2009                    Richard W. Wieking, Clerk

                                         By:__/s/_____
                                            Martha Parker Brown,
                                             Courtroom Deputy

THIS IS TO CERTIFY THAT A COPY OF THIS CLERK'S NOTICE HAS BEEN MAILED TO:

Joseph Camenzind , IV
Law Offices of Robert Lubin
177 Bovet Road
Suite 600
San Mateo, CA 94402

Kenneth Pritikin
Law Offices of Kenneth Pritikin
2950 Buskirk Avenue
Suite 300
Walnut Creek, CA 9459

Dated: August 4, 2009                              Richard W. Wieking, Clerk

                                                                                                                      By:__/s/_____
                                                                                                                       Martha Parker Brown,
                                                                                                                         Courtroom Deputy

THIS IS TO CERTIFY THAT A COPY OF THIS CLERK'S NOTICE HAS BEEN MAILED TO:

Joseph Camenzind , IV
Law Offices of Robert Lubin
177 Bovet Road
Suite 600
San Mateo, CA 94402

Kenneth Pritikin
Law Offices of Kenneth Pritikin
2950 Buskirk Avenue
Suite 300
Walnut Creek, CA 9459

Dated: August 4, 2009                              Richard W. Wieking, Clerk

                                                   By:__/s/_____
                                                        Martha Parker Brown,
                                                          Courtroom Deputy