# UNITED STATES DISTRICT COURT
## Northern District of California
### 280 South First Street
### San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
408.535.5364

August 4, 2009

**CASE NUMBER:  CV 09-03303 RS**
**CASE TITLE:  ROBERT PRITIKIN, ET AL.-v-COMERICA BANK, ET AL.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  Case reassigned to the **Honorable Jeremy Fogel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 08/03/09

FOR THE EXECUTIVE COMMITTEE:

_____  
*Richard W. Wieking*  
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies            Special Projects  
Log Book Noted                                   Entered in Computer 08/04/09 tsh

CASE SYSTEMS ADMINISTRATOR:  
Copies to:  All Counsel                          Transferor CSA