BUCHALTER NEMER
A Professional Corporation
    PETER G. BERTRAND (#87883)
    RICHARD C. DARWIN (#161245)
333 Market Street, 25th Floor
San Francisco, California 94105-2126
Telephone:    (415) 227-0900
Facsimile:    (415) 227-0770
rdarwin@buchalter.com

Attorneys for Defendant
COMERICA BANK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| ROBERT PRITIKIN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COMERICA BANK, et al., <br><br> Defendants. | CASE NO. C 09-3303 JF <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Pursuant to Local Rule 6-1, Plaintiffs and defendant Comerica Bank ("Comerica") hereby stipulate and agree to extend the deadline for Comerica to file and serve its responsive pleadings to the complaint in this action until Thursday, August 27, 2009.

The parties have not agreed to any prior extensions of time for this deadline. Other than the deadline describe above, the parties agree and stipulate that this extension shall not alter the date of any other event previously fixed by an Order of this Court.

SO STIPULATED.

1  DATED: August 5, 2009                    BUCHALTER NEMER
2                                            A Professional Corporation
3
4                                            By: _____
                                                  Richard C. Darwin
5                                                 Attorneys for Defendant
                                                  COMERICA BANK
6  DATED: August 4, 2009                    LAW OFFICES OF ROBERT LUBIN
7
8
9                                            By: _____
                                                  Robert M. Lubin
10                                                Attorneys for Plaintiffs
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28