```
 1  BUCHALTER NEMER
    A Professional Corporation
 2      PETER G. BERTRAND (#87883)
        RICHARD C. DARWIN (#161245)
 3  333 Market Street, 25th Floor
    San Francisco, California 94105-2126
 4  Telephone:  (415) 227-0900
    Facsimile:  (415) 227-0770
 5  rdarwin@buchalter.com

 6  Attorneys for Defendant
    COMERICA BANK
 7
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| ROBERT PRITIKIN, et al., | CASE NO. C 09-3303 JF |
| Plaintiffs, | SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT |
| v. | |
| COMERICA BANK, et al., | |
| Defendants. | |

Pursuant to Local Rule 6-1, Plaintiffs and defendant Comerica Bank ("Comerica") hereby stipulate and agree to extend the deadline for Comerica to file and serve its responsive pleadings to the complaint in this action until Friday, August 28, 2009.

The parties have agreed to one prior extensions of time for this deadline; this stipulation shall extend that prior extension by one day. Other than the deadline describe above, the parties agree and stipulate that this extension shall not alter the date of any other event previously fixed by an Order of this Court.

SO STIPULATED.

1 | DATED: August 27, 2009

BUCHALTER NEMER
A Professional Corporation

By: _____
Richard C. Darwin
Attorneys for Defendant
COMERICA BANK

6 | DATED: August 27, 2009

LAW OFFICES OF ROBERT LUBIN

By: _____
Robert M. Lubin
Attorneys for Plaintiffs

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 4105467v2

2

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT