BUCHALTER NEMER
A Professional Corporation
    PETER G. BERTRAND (#87883)
    RICHARD C. DARWIN (#161245)
333 Market Street, 25th Floor
San Francisco, California 94105-2126
Telephone:    (415) 227-0900
Facsimile:    (415) 227-0770
rdarwin@buchalter.com

Attorneys for Defendant
COMERICA BANK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| ROBERT PRITIKIN, et al., | CASE NO. CV 09-03303 JF |
| Plaintiffs, | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT COMERICA BANK'S MOTION TO DISMISS THE COMPLAINT** |
| v. | |
| COMERICA BANK, et al., | Date:          October 23, 2009 |
| Defendants. | Time:          9:00 a.m.<br>Dept.:         Honorable Jeremy Fogel |
| | Complaint filed:<br>Trial Date Set: |

Defendant Comerica Bank respectfully requests that the Court take judicial notice pursuant to Federal Rule of Evidence 201 of each of the following documents.

1.        Judgment entered against Four Star Financial Services, LLC, filed April 3, 2000 in *Sentinel Trust Company v. 900 Capital Services, Inc.; et al*, United States Bankruptcy Court, District of Nevada Case No. BK-S-97-22098-RCJ, a true and correct copy of which is attached hereto as Exhibit 1.

2.        Consent Order for Money Judgment Against Four Star Financial Services, LLC, filed October 1, 2001 in *Reservoir Capital Corporation v. Four Star Financial Services, LLC,* United States District Court, District of Maryland Case No. CCB-000-CV-3626, a true and correct copy of which is attached hereto as Exhibit 2.

3.      Certification of Judgment For Registration In Another District, filed January 11, 2002 in *Reservoir Capital Corporation v. Four Star Financial Services, LLC,* United States District Court, District of Maryland Case No. CCB-000-CV-3626, a true and correct copy of which is attached hereto as Exhibit 3.

4.      Complaint filed October 18, 2002 in *2424 Limited, et al. v. Four Star, Cohn, Anson, et al.,* United States District Court, District of Nevada Case No. CV-S-02-1385-LDG-PAL, a true and correct copy of which is attached hereto as Exhibit 4.

5.      First Amended Complaint filed October 23, 2003 in *Gevirtz v. Four Star Financial, et al.,* United States District Court, Central District of California Case No. CV 03-5548 RSWL, a true and correct copy of which is attached hereto as Exhibit 5.

6.      Reservoir Capital Corporation's Notice of Motion and Memorandum of Points and Authorities to Amend Judgment to Include Alter Egos, filed August 11, 2003 in *Reservoir Capital Corporation v. Four Star Financial Services, LLC,* United States District Court, Northern District of California Case No. CCB-000-CV-3616, a true and correct copy of which is attached hereto as Exhibit 6.

7.      Reservoir Capital Corporation's Request to Take Judicial Notice in Support of Motion for Order to Amend Judgment to Include Alter Egos, filed August 11, 2003 in *Reservoir Capital Corporation v. Four Star Financial Services, LLC,* United States District Court, Northern District of California Case No. CCB-000-CV-3616, a true and correct copy of which is attached hereto as Exhibit 7.

8.      Complaint filed October 10, 2003 in *Plonsker, et al. v. Four Star Financial, et al.,* Los Angeles Superior Court Case No. SC 079281, a true and correct copy of which is attached hereto as Exhibit 8.

9.      Complaint filed October 14, 2004 in *Ferrara, et al. v. Georgina Asset Management, Inc., et al.,* Los Angeles Superior Court Case No. BC 304180, a true and correct copy of which is attached hereto as Exhibit 9.

10.      Involuntary Petition filed October 24, 2003 in *In re Four Star Financial Services, LLC,* United States Bankruptcy Court, Central District of California Case No. LA 03-37579, a

19.     First Amended Complaint filed September 1, 2004 in *Marshack v. Anson, Garrett,* United States Bankruptcy Court, Central District of California Adv. Proc. No. 04-02002, a true and correct copy of which is attached hereto as Exhibit 19.

20.     Declaration of Michael J. Plonsker in Opposition to Motion of Trustee for Approval of Compromise of Controversy; Objections to Declaration of Richard Marshack, filed December 19, 2005 in *In re Four Star Financial Services, LLC,* United States Bankruptcy Court, Central District of California Case No. LA 03-37579, a true and correct copy of which is attached hereto as Exhibit 20.

21.     Second Amended Complaint filed May 10, 2004 in *Ferrara, et al. v. Georgina Asset Management, LLC, et al.,* Los Angeles Superior Court Case No. BC 304180, a true and correct copy of which is attached hereto as Exhibit 21.

22.     "FourStarFruad.com" archived web page from March 2004, a true and correct copy of which is attached hereto as Exhibit 22. Federal courts may take judicial notice of websites, and information contained in websites. *In re Amgen Inc. Securities Litigation* (C.D.Cal. 2008) 544 F.Supp.2d 1009 at 1023-1024; *County of Santa Clara v. Astra USA, Inc.* (N.D.Cal. 2005) 401 F.Supp.2d 1022 at 1024; *Wible v. Aetna Life Ins. Co.* (C.D. Cal. 2005) 375 F.Supp.2d 956 at 965.

23.     Schedules filed December 2003 in *In re Four Star Financial Services, LLC,* United States Bankruptcy Court, Central District of California Case No. LA 03-37579, a true and correct copy of which is attached hereto as Exhibit 23.

24.     Declaration of Duane M. Geck in Support of Motion and Motion for Order to Amend Judgment to Include Alter Egos, filed August 11, 2003 in *Reservoir Capital Corporation v. Four Star Financial Services, LLC,* United States District Court, Northern District of California Case No. CCB-000-CV-3616, a true and correct copy of which is attached hereto as Exhibit 24.

25.     Complaint filed November 23, 3005 in *Marshack v. Roberts,* United States Bankruptcy Court, Central District of California, a true and correct copy of which is attached hereto as Exhibit 25.

1   DATED: August 28, 2009                    BUCHALTER NEMER
                                              A Professional Corporation
2

3

4                                             By:_____/s/ Richard C. Darwin_____
                                                       Richard C. Darwin
5                                                     Attorneys for Defendant
                                                       COMERICA BANK
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 4314674v2                                      5