1  BUCHALTER NEMER
   A Professional Corporation
2     PETER G. BERTRAND (#87883)
      RICHARD C. DARWIN (#161245)
3  333 Market Street, 25th Floor
   San Francisco, California  94105-2126
4  Telephone:    (415) 227-0900
   Facsimile:    (415) 227-0770
5  rdarwin@buchalter.com

6  Attorneys for Defendant
   COMERICA BANK
7

8           **UNITED STATES DISTRICT COURT**

9    **NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

10

11  ROBERT PRITIKIN, et al.,          CASE NO. CV 09-03303 JF

12              Plaintiffs,           **PROOF OF SERVICE**

13       v.

14  COMERICA BANK, et al.,

15              Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 4327742v1

PROOF OF SERVICE – CASE NO. CV 09-03303 JF

1         I am employed in the County of San Francisco, State of California. I am over the age of

2    18 and not a party to the within action. My business address is at BUCHALTER NEMER, A

3    Professional Corporation, 333 Market Street, 25th Floor, San Francisco, California 94105-2126.

4         On the date set forth below, I served the foregoing documents which are being

5    electronically filed described as:

6    **NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT**
     **BY DEFENDANT COMERICA BANK**

7

8    **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT**
     **COMERICA BANK'S MOTION TO DISMISS THE COMPLAINT**

9    **DECLARATION OF MONIQUE JEWETT-BREWSTER IN SUPPORT OF**
     **DEFENDANTS COMERICA'S MOTION TO DISMISS THE COMPLAINT**

10

11   on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof

12   in a sealed envelope as follows:

13   Robert M. Lubin, Esq.                              Counsel for Plaintiffs
     Joseph Camenzind, IV
14   Law Office of Robert Lubin
     177 Bovet Road, Suite 600
15   San Mateo, CA  94402

16   Kenneth Pritikin, Esq.
     Law Office of Kenneth Pritikin                    Counsel for Plaintiffs
17   2950 Buskirk Avenue,  Suite 300
     Walnut Creek, CA  94597
18

19   **Courtesy Copy:**

20   The Honorable Jeremy Fogel
     United States District Court
21   Northern District of California
     Courtroom 3, 5th Floor
22   280 South 1st Street
     San Jose, CA  95113

23   ☒    **BY OVERNIGHT DELIVERY**    On August 28, 2009, I placed the Federal

24   Express/Overnite Express package for overnight delivery in a box or location regularly

25   maintained by Federal Express/Overnite Express at my office, or I delivered the package to an
     authorized courier or driver authorized by Federal Express/Overnite Express to receive

26   documents. The package was placed in a sealed envelope or package designated by Federal
     Express/Overnite Express with delivery fees paid or provided for, addressed to the person(s) on

27   whom it is to be served at the address(es) shown above, as last given by that person on any
     document filed in the cause; otherwise at that party's place of residence.

28

1        I declare that I am employed in the office of a member of the bar of this court at whose

2    direction the service was made.  Executed on August 28, 2009, at San Francisco, California.

3

4            Sharon Royce

5                                            (Signature)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 4327742v1                                              2

**PROOF OF SERVICE – CASE NO. CV 09-03303 JF**