1  LAW OFFICE OF ROBERT LUBIN
   ROBERT M. LUBIN ESQ. (055863)
2  r1817@aol.com
   JOSEPH CAMENZIND, IV (244154)
3  camenzindlaw@yahoo.com
   177 Bovet Road, Suite 600
4  San Mateo, CA 94402
   Telephone: (650) 638-2331
5  Fax: (650) 638-1005

6  LAW OFFICE OF KENNETH PRITIKIN
   KENNETH PRITIKIN, ESQ. (108072)
7  kwpritikin@gmail.com
   2950 Buskirk Avenue, Suite 300
8  Walnut Creek, CA 94597
   Phone: (925) 407-2158
9  Fax: (925) 262-4688

10 Attorneys for the Plaintiffs

11 BUCHALTER NEMER
   A Professional Corporation
12     PETER G. BERTRAND (87883)
       RICHARD C. DARWIN (161254)
13 333 Market Street, 25th Floor
   San Francisco, CA 94105
14 Phone: (415) 227-0900
   Fax:   (415) 227-0770
15 rdarwin@buchalter.com

16 Attorneys for Defendant COMERICA BANK

17
18                    UNITED STATES DISTRICT COURT
19                NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

20 ROBERT PRITIKIN, et al.              )  Case No.: C09 03303 JF
                                        )
21                                      )  STIPULATION TO EXCEED THE PAGE
              Plaintiffs,               )  LIMITS ON THE OPPOSITION AND
22      vs.                             )  REPLY BRIEFS IN REGARDS TO THE
                                        )  DEFENDANT'S MOTION TO DIMISS
23 COMERICA BANK, et al.,               )
                                        )  [Local Rule 7-12]
24            Defendants                )
                                        )
25
26 _____
27
28

PRITIKIN v. COMERICA BANK ET. AL.
STIPULATION TO EXCEED THE PAGE LIMITS ON THE OPPOSITION AND REPLY
BRIEFS IN REGARDS TO THE DEFENDANT'S MOTION TO DIMISS

IT IS HEREBY STIPULATED by and between the Plaintiffs and Defendant through their respective counsel that the Plaintiffs may submit a brief in opposition to the Defendant's motion to dismiss in excess of 25 pages, but not to exceed 35 pages, and that the Defendant may submit a reply brief in excess of 15 pages, but not to exceed 25 pages.

DATED: 9/22/09

LAW OFFICE OF ROBERT LUBIN
LAW OFFICE OF KENNETH PRITIKIN

*(signatures)*

ROBERT LUBIN
KENNETH PRITIKIN
JOSEPH CAMENZIND, IV
Attorneys for the Plaintiffs.

DATED: September 21, 2009

BUCHALTER NEMER

*(signature)*

PETER G. BERTRAND
RICHARD C. DARWIN
Attorneys for Defendant COMERICA BANK

**ORDER**

PURUSANT TO STIPULATION, IT IS SO ORDERED

DATED: 9/23/09                          *(signature)*
                                                   JUDGE

---

PRITIKIN v. COMERICA BANK ET. AL.
STIPULATION TO EXCEED THE PAGE LIMITS ON THE OPPOSITION AND REPLY BRIEFS IN REGARDS TO THE DEFENDANT'S MOTION TO DIMISS

Page 2

| | |
|---|---|
| Pritikin, et al vs Comerica Bank, et al | Case No.: C09 03303 JF |

## PROOF OF SERVICE

I am employed in the County of San Mateo; I am over the age of eighteen years and not a party to the within above-entitled action; my business address is 177 Bovet Road, Suite 600, San Mateo, CA 94402

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the U.S. Postal Service. Correspondence so collected and processed is deposited with the U.S. Postal Service that same day in the ordinary course of business.

On September 22, 2009, at my place of business in San Mateo, California, I served the following document(s):

**STIPULATION TO EXCEED THE PAGE LIMITS ON THE OPPOSITION AND REPLY BRIEFS IN REGARDS TO THE DEFENDANT'S MOTION TO DISMISS**

which document(s) was/were placed for deposit in the U.S. Postal Service in a sealed envelope, with postage fully prepaid, addressed to:

Buchalter Nemer
A Professional Corporation
Peter G. Bertrand
Richard C. Darwin
333 Market Street, 25th Floor
San Francisco, CA 94105-
T: 415-227-0900
F: 415-227-0770

Law Offices of Kenneth Pritikin
Kenneth Pritikin
2950 Buskirk Avenue, Suite 300
Walnut Creek, CA 94597
T: 925-407-2158
F: 925-262-4688

**X** (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Mateo, California.

☐ (BY OVERNIGHT MAIL) I caused such envelope(s) to be sent overnight at San Mateo, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY FACSIMILE TRANSMISSION) I caused such document(s) to be transmitted by facsimile on this date to each facsimile machine number listed above.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at San Mateo, California, on September 22, 2009.

_____
Patsy Nicklin