*LAW OFFICE OF ROBERT LUBIN*
ROBERT M. LUBIN ESQ. (055863)
r1817@aol.com
JOSEPH CAMENZIND, IV (244154)
camenzindlaw@yahoo.com
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 638-2331
Fax: (650) 638-1005

*LAW OFFICE OF KENNETH PRITIKIN*
KENNETH PRITIKIN, ESQ. (108072)
kwpritikin@gmail.com
2950 Buskirk Avenue, Suite 300
Walnut Creek, CA 94597
Phone: (925) 407-2158
Fax: (925) 262-4688

Attorneys for the Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| ROBERT PRITIKIN, et al.<br><br>        Plaintiffs,<br>vs.<br>COMERICA BANK, et al.,<br><br>        Defendants | Case No.: C09 03303 JF<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE – CASE NO. CV 09-03303 JF**

| | |
|---|---|
| 1 | I am employed in the County of San Mateo. I am over the age of eighteen |
| 2 | years and not a party to the within above-entitled action. My business address is at |
| 3 | The Law Offices of Robert M. Lubin, 177 Bovet Road, Suite 600, San Mateo, CA |
| 4 | 94402. |
| 5 | On October 8, 2009, I served the foregoing documents which are being |
| 6 | electronically filed described as: |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THE PLAINTIFFS' OPPOSITION TO DEFENDANT COMERICA BANK'S MOTION TO DISMISS THE COMPLAINT**

**PLAINTIFFS' OBJECTION TO AND MOTION TO STRIKE DECLARATION OF MONIQUE JEWETT-BREWSTER IN SUPPORT OF COMERICA BANK'S MOTION TO DISMISS**

**PLAINTIFFS' OBJECTION TO THE REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF COMERICA BANK'S MOTION TO DISMISS**

**PLAINTIFFS' OPPOSITION TO COMERICA BANK'S MOTION TO DISMISS**

On all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelop as follows:

| | |
|---|---|
| Buchalter Nemer<br>A Professional Corporation<br>Peter G. Bertrand<br>Richard C. Darwin<br>333 Market Street, 25th Floor<br>San Francisco, CA 94105-2126<br>T: 415-227-0900<br>F: 415-227-0770<br>California Overnight | **Courtesy Copy:**<br><br>The Honorable Jeremy Fogel<br>United States District Court<br>Northern District of California<br>Courtroom 3, 5th floor<br>280 South 1st Street<br>San Jose, CA 95113<br>Rock Solid Legal Services |

X   **(BY OVERNIGHT DELIVERY)** On October 8, 2009, I placed the California Overnight package for overnight delivery in a box or location regularly maintained by California Overnight at my office, OR I DELIVERED THE PACKAGE TO AN AUTHORIZED COURIER OR DRIVER AUTHORIZED BY California Overnight to receive documents. The package was placed in a sealed envelop or package designated by California Overnight with delivery

| | |
|---|---|
| 1 | fees paid or provided for, addressed to the person(s) on whom it is to be served |
| 2 | at the address(es) shown above, as last given by that person on any document |
| 3 | filed in the cause; otherwise at that party's place of residence |
| 4 | |
| 5 | Executed on October 8, 2009 at San Mateo, California. |
| 6 | |
| 7 | _____ |
| 8 | Patsy Nicklin |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**PROOF OF SERVICE – CASE NO. CV 09-03303 JF**