| | |
|---|---|
| 1 | BUCHALTER NEMER |
|   | A Professional Corporation |
| 2 |     PETER G. BERTRAND (#87883) |
|   |     RICHARD C. DARWIN (#161245) |
| 3 | 333 Market Street, 25th Floor |
|   | San Francisco, California 94105-2126 |
| 4 | Telephone:    (415) 227-0900 |
|   | Facsimile:    (415) 227-0770 |
| 5 | rdarwin@buchalter.com |
| 6 | Attorneys for Defendant |
|   | COMERICA BANK |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| ROBERT PRITIKIN, et al., | CASE NO. CV 09-03303 JF |
| Plaintiffs, | COMERICA'S RESPONSE TO PLAINTIFFS' OBJECTION TO THE REQUEST FOR JUDICIAL NOTICE |
| v. | |
| COMERICA BANK, et al., | Date:    October 30, 2009 |
| | Time:    9:00 a.m. |
| Defendants. | Dept.:    Honorable Jeremy Fogel |

    Plaintiffs' Objection to Comerica's Request for Judicial Notice does not attack the procedural or substantive adequacy of the request or the exhibits thereto. Plaintiffs do not argue that any of the exhibits are not properly the subject of judicial notice under Federal Rule of Evidence 201, or that the Court is not entitled to take judicial notice of them. Rather, Plaintiffs object to the relevance of those records. At explained below, and for the reasons set forth in Comerica's moving papers and Reply brief, the exhibits to the Request for Judicial Notice ("RJN") are highly relevant to several critical issues in this case, including the question of when Plaintiffs' should have suspected that their Four Star losses had been caused wrongdoing, and whether Plaintiffs exercised reasonable diligence in pursing their claims. Among other things, the court records attached to the RJN establish the existence of publicly-available information regarding the Four Star scheme, what other investors in Four Star did in order to investigate and pursue their claims for losses arising out of the Four Star scheme, and what some of the Plaintiffs

*in this case* did in order to investigate and pursue those same claims. They also demonstrate the ability of Plaintiffs and other Four Star investors to file a complaint with "Doe" defendants in order to preserve their ability to identify additional parties allegedly responsible for their losses, and add them as defendants to an existing lawsuit.

Simply put, plaintiffs rely upon a variety of state and federal doctrines, including the discovery rule, equitable tolling, and equitable estoppel, to justify the fact that they filed their complaint over six years after they suffered financial losses resulting from the collapse of Four Star in October 2002. *See,* Opp. at Sections IV.A, B, C. and D.  All of those doctrines require Plaintiffs to establish either that they did not have notice or information of circumstances to put a reasonable person on inquiry of wrongdoing, or that they were unable to discover the wrongdoing despite reasonable diligence. *See,* P&A ISO Mtn. to Dismiss, at Sections V.A(1)-(3), B(1)-(2); Reply Brief, at Sections II.A, B, C, and D, which are incorporated herein by reference.  Indeed, Plaintiffs have actually alleged in the Complaint that "there were no publicly available documents which Plaintiffs could have accessed in the exercise of reasonably diligence" that would have disclosed the Banking Scheme or Comerica's role in it.  Complaint, ¶ 56.  The documents attached to the RJN are directly relevant to those issues and to Plaintiffs' allegations and arguments regarding discovery, diligence, and publicly available documents.

Plaintiffs' objections to the RJN should be overruled.

DATED: October 16, 2009                    BUCHALTER NEMER
                                           A Professional Corporation


                                           By:_____/s/ Richard C. Darwin_____
                                                  RICHARD C. DARWIN
                                                  Attorneys for Defendant
                                                  COMERICA BANK

BN 4616831v1                               2

**RESPONSE TO PLAINTIFFS' OBJECTION TO THE REQUEST FOR JUDICIAL NOTICE**