1  BUCHALTER NEMER
   A Professional Corporation
2      PETER G. BERTRAND (#87883)
       RICHARD C. DARWIN (#161245)
3  333 Market Street, 25th Floor
   San Francisco, California 94105-2126
4  Telephone:   (415) 227-0900
   Facsimile:   (415) 227-0770
5  rdarwin@buchalter.com

6  Attorneys for Defendant
   COMERICA BANK
7

8              UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

10

11 ROBERT PRITIKIN, et al.,            CASE NO. CV 09-03303 JF

12            Plaintiffs,              **PROOF OF SERVICE**

13     v.

14 COMERICA BANK, et al.,

15            Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

BN 4617307v1

1   I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 333 Market Street, 25th Floor, San Francisco, California 94105-2126.

On the date set forth below, I served the foregoing documents which are being electronically filed described as:

**COMERICA'S REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**

**COMERICA'S RESPONSE TO PLAINTIFFS' OBJECTION TO THE REQUEST FOR JUDICIAL NOTICE**

**COMERICA'S RESPONSE TO PLAINTIFFS' OBJECTION AND MOTION TO STRIKE THE DECLARATION OF MONIQUE JEWETT-BREWSTER**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

<u>Courtesy Copy</u>:

The Honorable Jeremy Fogel
United States District Court
Northern District of California
Courtroom 3, 5th Floor
280 South 1st Street
San Jose, CA 95113

☒   **BY OVERNIGHT DELIVERY**   On October 16, 2009, I placed the Federal Express/Overnite Express package for overnight delivery in a box or location regularly maintained by Federal Express/Overnite Express at my office, or I delivered the package to an authorized courier or driver authorized by Federal Express/Overnite Express to receive documents. The package was placed in a sealed envelope or package designated by Federal Express/Overnite Express with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served at the address(es) shown above, as last given by that person on any document filed in the cause; otherwise at that party's place of residence.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on October 16, 2009, at San Francisco, California.

Sharon Royce                                      _____
                                                               (Signature)

BN 4617307v1

**PROOF OF SERVICE – CASE NO. CV 09-03303 JF**