1  BUCHALTER NEMER
   A Professional Corporation
2      PETER G. BERTRAND (#87883)
       RICHARD C. DARWIN (#161245)
3  333 Market Street, 25th Floor
   San Francisco, California 94105-2126
4  Telephone:    (415) 227-0900
   Facsimile:    (415) 227-0770
5  rdarwin@buchalter.com

6  Attorneys for Defendant
   COMERICA BANK
7

8                   UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

10

11 ROBERT PRITIKIN, et al.,           CASE NO. CV 09-03303 JF

12              Plaintiffs,            **PROOF OF SERVICE**

13      v.

14 COMERICA BANK, et al.,

15              Defendants.

1  I am employed in the County of San Francisco, State of California. I am over the age of
2  18 and not a party to the within action. My business address is at BUCHALTER NEMER, A
3  Professional Corporation, 333 Market Street, 25th Floor, San Francisco, California 94105-2126.
4  On the date set forth below, I served the foregoing documents which are being
5  electronically filed described as:

**ERRATA TO DEFENDANT COMERICA BANK'S REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**

**COMERICA'S CORRECTED REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**

**FILE-STAMPED COPY OF COMERICA'S RESPONSE TO PLAINTIFFS' OBJECTION TO THE REQUEST FOR JUDICIAL NOTICE**

**FILE-STAMPED COPY OF COMERICA'S RESPONSE TO PLAINTIFFS' OBJECTION AND MOTION TO STRIKE THE DECLARATION OF MONIQUE JEWETT-BREWSTER**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

**Courtesy Copy:**

The Honorable Jeremy Fogel
United States District Court
Northern District of California
Courtroom 3, 5th Floor
280 South 1st Street
San Jose, CA  95113

☒  BY PERSONAL DELIVERY   On October 19, 2009, I placed the above-referenced envelope or package in a box or location regularly maintained at my office for our messenger/courier service or I delivered the envelope or package to a courier or driver authorized by our messenger/courier service to receive documents. The package was placed in a sealed envelope or package designated by our messenger/courier service with delivery fees paid or provided for, addressed to the person(s) on whom it is to be personally served at the address(es) shown above as last given by that person on any document filed in the cause. The messenger/courier service was provided with instructions that the envelope or package be personally served on the addressee(s) by same day delivery (C.C.P. §1011).

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on October 19, 2009, at San Francisco, California.

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 4624807v1

PROOF OF SERVICE – CASE NO. CV 09-03303 JF

1
2        _____Sharon Royce_____        _____[signature]_____
3                                                        (Signature)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28