*LAW OFFICE OF ROBERT LUBIN*
ROBERT M. LUBIN ESQ. (055863)
r1817@aol.com
JOSEPH CAMENZIND, IV (244154)
camenzindlaw@yahoo.com
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 638-2331
Fax: (650) 638-1005

*LAW OFFICE OF KENNETH PRITIKIN*
KENNETH PRITIKIN, ESQ. (108072)
kwpritikin@gmail.com
2950 Buskirk Avenue, Suite 300
Walnut Creek, CA 94597
Phone: (925) 407-2158
Fax: (925) 262-4688

Attorneys for the Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| ROBERT PRITIKIN, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>COMERICA BANK, et al.,<br><br>　　　　Defendants | Case No.: C09 03303 JF<br><br>**PLAINTIFFS' OBJECTION TO AND MOTION TO STRIKE PORTION OF COMERICA'S REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**<br><br>Date:　October 30, 2009<br>Time:　9:00 a.m.<br>Dept.:　Honorable Jeremy Fogel |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Plaintiffs Robert Pritikin et al. ("Plaintiffs") hereby object to, and move to strike, all text at page 4, line 25 through page 5, line 8 of Comerica's Reply Brief in Support of Motion to Dismiss (the "Reply Brief").

1  This Objection and Motion is made on the ground that the foregoing text in the Reply
2  Brief addresses a legal issue, i.e. whether the allegations of Comerica's wrongful conduct
3  alleged in the Complaint meets the pleading requirements of Fed.R.Civ.P. 8(a), which was not
4  raised in Comerica's moving papers as a basis for its Motion to Dismiss. As such, said text
5  consists of new matter which is inappropriate to raise for the first time in a reply. *See Stewart*
6  *v. Wachowski*, 2004 WL 2980783, 10-11 (C.D.Cal. 2004); *Leick v. Hartford Life Insurance*,
7  2007 WL 1847635, 1 footnote 1 (E.D. Cal. 2007).

8  The Motion to Dismiss raised the issue of the purported inadequacy of factual
9  allegations in the Complaint only with respect to the following three issues:

10  (i)  Purported failure to allege facts showing the existence of a fiduciary
11       relationship between Comerica and Plaintiffs (Motion at 19:8 – 20:15);
12  (ii) Purported failure to allege sufficient facts that Comerica had actual knowledge
13       of the specific primary wrong that Comerica is alleged to have aided and abetted
14       (Motion at 20:16 – 22:7);
15  (iii) Purported failure to allege sufficient facts re the existence of an "enterprise"
16       under RICO (Motion at 24:12 – 25:17).

17  The Reply Brief, at 4:25 – 5:8, raises a heretofore previously unmentioned issue
18  regarding the alleged factual insufficiency of the Complaint: that the Complaint purportedly
19  fails to sufficiently allege facts showing the existence of wrongful conduct by Comerica. In an
20  attempt to disguise the fact that this issue is new matter, the issue is presented as part of the
21  Reply Brief's argument that the notice pleading standard described in *Conley v. Gibson*, 355
22  U.S. 41 ("*Conley*"), cited in Plaintiffs' Opposition, has been superseded by the standard set
23  forth in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007) ("*Twombly*") and *Ashcroft v.*
24  *Iqbal*, ___ U.S. ___, 129 D.Ct. 1937 (2009) ("*Iqbal*"). (Reply Brief at 3:4-8.) This is
25  disingenuous. Plaintiffs' citation to *Conley* was only relevant to Plaintiffs' Opposition with
26  respect to those issues raised in the Motion to Dismiss regarding the sufficiency of the
27  Complaint's factual allegations. Plaintiffs are prepared to argue in the hearing on the Motion
28  to Dismiss that, as to those issues, i.e. the allegations of Comerica's actual knowledge of the

PRITIKIN v. COMERICA BANK ET. AL.
PLAINTIFFS' OBJECTION TO AND MOTION TO STRIKE PORTION OF COMERICA'S
REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS
Page 2

1  specific primary wrong, and the allegations of a RICO enterprise, the Complaint meets the new
2  interpretation of the Rule 8(a) standard as articulated in *Twombly* and *Iqbal*. As to the third
3  issue raised by the Motion to Dismiss of the sufficiency of the pleading, i.e. the failure to plead
4  facts showing the existence of a fiduciary relationship between Comerica and Plaintiffs,
5  Plaintiffs' position—as set forth in Plaintiffs' Opposition—is that no such allegation is
6  required.

7  However, the issue which Comerica raises for the first time in its Reply Brief, i.e. that
8  the Complaint fails to sufficiently allege facts showing that Comerica engaged in wrongful
9  conduct, must be disregarded by the Court as inappropriate new matter.

11  DATED: October 26, 2009

LAW OFFICE OF ROBERT LUBIN
LAW OFFICE OF KENNETH PRITIKIN

*/s/ Robert M. Lubin*

ROBERT LUBIN
KENNETH PRITIKIN
JOSEPH CAMENZIND, IV
Attorneys for the Plaintiffs.

1  *LAW OFFICE OF ROBERT LUBIN*
   ROBERT M. LUBIN ESQ. (055863)
2  r1817@aol.com
   JOSEPH CAMENZIND, IV (244154)
3  camenzindlaw@yahoo.com
   177 Bovet Road, Suite 600
4  San Mateo, CA 94402
   Telephone: (650) 638-2331
5  Fax: (650) 638-1005

6  *LAW OFFICE OF KENNETH PRITIKIN*
   KENNETH PRITIKIN, ESQ. (108072)
7  kwpritikin@gmail.com
   2950 Buskirk Avenue, Suite 300
8  Walnut Creek, CA 94597
   Phone: (925) 407-2158
9  Fax: (925) 262-4688

10 Attorneys for the Plaintiffs

11

12                    UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

14
   ROBERT PRITIKIN, et al.            )  Case No.: C09 03303 JF
15                                    )
                                      )  **PROOF OF SERVICE**
16            Plaintiffs,             )
       vs.                            )
17                                    )
   COMERICA BANK, et al.,             )
18                                    )
              Defendants              )
19                                    )
                                      )
20                                    )
                                      )
21 _____   )

**PROOF OF SERVICE – CASE NO. CV 09-03303 JF**

1  I am employed in the County of San Mateo. I am over the age of eighteen
2  years and not a party to the within above-entitled action. My business address is at
3  The Law Offices of Robert M. Lubin, 177 Bovet Road, Suite 600, San Mateo, CA
4  94402.
5  On October 26, 2009, I served the foregoing documents which are being
6  electronically filed described as:

**PLAINTIFFS' OBJECTION TO AND MOTION TO STRIKE PORTION OD COMERICA'S REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**

On all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelop as follows:

| | |
|---|---|
| Buchalter Nemer<br>A Professional Corporation<br>Peter G. Bertrand<br>Richard C. Darwin<br>333 Market Street, 25th Floor<br>San Francisco, CA 94105-2126<br>T: 415-227-0900<br>F: 415-227-0770<br>California Overnight<br>rdarwin@buchalter.com | **Courtesy Copy:**<br>The Honorable Jeremy Fogel<br>United States District Court<br>Northern District of California<br>Courtroom 3, 5th floor<br>280 South 1st Street<br>San Jose, CA 95113<br>Rock Solid Legal Services |

X   **(BY OVERNIGHT DELIVERY)** On October 26, 2009, I placed the California Overnight package for overnight delivery in a box or location regularly maintained by California Overnight at my office, OR I DELIVERED THE PACKAGE TO AN AUTHORIZED COURIER OR DRIVER AUTHORIZED BY California Overnight to receive documents. The package was placed in a sealed envelop or package designated by California Overnight with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served at the address(es) shown above, as last given by that person on any document filed in the cause; otherwise at that party's place of residence.

**PROOF OF SERVICE – CASE NO. CV 09-03303 JF**

Executed on October 26, 2009 at San Mateo, California.

_____
Patsy Nicklin