*LAW OFFICE OF ROBERT LUBIN*
ROBERT M. LUBIN ESQ. (055863)
r1817@aol.com
JOSEPH CAMENZIND, IV (244154)
camenzindlaw@yahoo.com
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 638-2331
Fax: (650) 638-1005

*LAW OFFICE OF KENNETH PRITIKIN*
KENNETH PRITIKIN, ESQ. (108072)
kwpritikin@gmail.com
2950 Buskirk Avenue, Suite 300
Walnut Creek, CA 94597
Phone: (925) 407-2158
Fax: (925) 262-4688

Attorneys for the Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| ROBERT PRITIKIN, et al.<br><br>Plaintiffs,<br>vs.<br>COMERICA BANK, et al.,<br><br>Defendants | Case No.: C09 03303 JF<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE – CASE NO. CV 09-03303 JF**

I am employed in the County of San Mateo. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is at The Law Offices of Robert M. Lubin, 177 Bovet Road, Suite 600, San Mateo, CA 94402.

On October 20, 2009, I served the foregoing documents described as:

1. **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA – CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

2. **STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelop, with postage thereon fully prepaid, as follows:

Buchalter Nemer
A Professional Corporation
Peter G. Bertrand
Richard C. Darwin
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
T: 415-227-0900
F: 415-227-0770
California Overnight

X    **BY MAIL)** I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Mateo, California

Executed on October 20, 2009 at San Mateo, California.

_/s/ Patsy Nicklin_
Patsy Nicklin

**PROOF OF SERVICE – CASE NO. CV 09-03303 JF**