# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Judge Jeremy Fogel, Presiding**
Courtroom 3 - 5th Floor

# Civil Minute Order

Date: October 30, 2009 at 9:00 a.m.

Courtroom Deputy Clerk: Martha Parker Brown          Time in Court: 25 min
Court Reporter: Summer Clanton

**TITLE: ROBERT PRITIKIN, ET AL v. COMERICA BANK**
**CASE NUMBER**: C 09-03303JF

Plaintiff(s) Attorney(s) present: Robert M. Lubin, Kenneth W. Pritikin, Joseph Camenzind

Defendant(s) Attorney(s) present: Richard C. Darwin, Peter G. Bertrand

**PROCEEDINGS: DEFENDANT'S MOTION TO DISMISS**

The matter is argued by counsel. The Court will issue a written order.