1  *LAW OFFICE OF ROBERT LUBIN*
   ROBERT M. LUBIN ESQ. (055863)
2  r1817@aol.com
   JOSEPH CAMENZIND, IV (244154)
3  camenzindlaw@yahoo.com
   177 Bovet Road, Suite 600
4  San Mateo, CA 94402
   Phone: (650) 638-3221
5  Fax: (650) 638-1005

6  *LAW OFFICE OF KENNETH PRITIKIN*
   KENNETH W. PRITIKIN, ESQ. (108072)
7  kwpritikin@gmail.com
   2950 Buskirk Ave., Suite 300
8  Walnut Creek, CA 94597
   Phone: (925) 407-2158
9  Fax: (925) 262-4668

10 Attorney for Plaintiffs

11 *BUCHALTER NEMER*
   A Professional Corporation
12       PETER G. BERTRAND (87883)
         RICHARD C. DARWIN (161254)
13 333 Market Street, 25th Floor
   San Francisco, CA 94105
14 Phone: (415) 227-0900
   Fax: (415) 227-0770
15 rdarwin@buchalter.com

16 Attorneys for Defendant COMERICA BANK

17

18                    UNITED STATES DISTRICT COURT

19                 NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

20

21 

22 ROBERT PRITIKIN, et al.,               Case No.: C09 03303 JF

23             Plaintiffs,                STIPULATION TO CONTINUE CASE
                                          MANAGEMENT CONFERENCE
24      vs.
                                          [Local Rules 7-12, 16-2(d)]
25 COMERICA BANK, et al.

26            Defendants

27

28

---

PRITIKIN v. COMERICA BANK ET. AL.
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

1  IT IS HEREBY STIPULATED by and between the Plaintiffs and Defendant
2  COMERICA BANK through their respective counsel that the Case Management Conference
3  which is currently set for November 20, 2009 at 10:30 a.m., be continued for a period of
4  approximately thirty (30) days.

5  This Stipulation is made at the request of Plaintiffs, who are in the process of
6  associating additional legal counsel in this action, and who have proposed a 30-day
7  continuance in the date of the Case Management Conference in order to afford said associated
8  counsel a reasonable opportunity to become familiarized with the legal and factual issues in
9  this case and to thus meaningfully participate in the scheduling issues which are to be
10 addressed at the Case Management Conference.

12 DATED: 11/9/09

LAW OFFICE OF ROBERT LUBIN
LAW OFFICE OF KENNETH PRITIKIN

ROBERT LUBIN
KENNETH PRITIKIN
JOSEPH CAMENZIND, IV
Attorneys for the Plaintiffs

19 DATED: 11/9/09

BUCHALTER NEMER

PETER G. BERTRAND
RICHARD C. DARWIN
Attorneys for Defendant COMERICA BANK

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED, AS FOLLOWS:

The Case Management Conference currently set for November 20, 2009 at 10:30 a.m. is hereby vacated. A new Case Management Conference is hereby set for the following date

and time: _____. The due date for the Case Management Statement is _____.

DATED: _____       _____
                               JUDGE

---

PRITIKIN v. COMERICA BANK ET. AL.
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE