```
 1  LAW OFFICE OF ROBERT LUBIN
    ROBERT M. LUBIN ESQ. (055863)
 2  r1817@aol.com
    JOSEPH CAMENZIND, IV (244154)
 3  camenzindlaw@yahoo.com
    177 Bovet Road, Suite 600
 4  San Mateo, CA 94402
    Phone: (650) 638-3221
 5  Fax: (650) 638-1005

 6  LAW OFFICE OF KENNETH PRITIKIN
    KENNETH W. PRITIKIN, ESQ. (108072)
 7  kwpritikin@gmail.com
    2950 Buskirk Ave., Suite 300
 8  Walnut Creek, CA 94597
    Phone: (925) 407-2158
 9  Fax: (925) 262-4668

10  Attorney for Plaintiffs

11  BUCHALTER NEMER
    A Professional Corporation
12       PETER G. BERTRAND (87883)
         RICHARD C. DARWIN (161254)
13  333 Market Street, 25th Floor
    San Francisco, CA 94105
14  Phone: (415) 227-0900
    Fax: (415) 227-0770
15  rdarwin@buchalter.com

16  Attorneys for Defendant COMERICA BANK

17
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| ROBERT PRITIKIN, et al., | Case No.: C09 03303 JF |
|---|---|
| Plaintiffs, | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | |
| COMERICA BANK, et al. | [Local Rules 7-12, 16-2(d)] |
| Defendants | |

PRITIKIN v. COMERICA BANK ET. AL.
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED by and between the Plaintiffs and Defendant COMERICA BANK through their respective counsel that the Case Management Conference which is currently set for November 20, 2009 at 10:30 a.m., be continued for a period of approximately thirty (30) days. |

IT IS HEREBY STIPULATED by and between the Plaintiffs and Defendant COMERICA BANK through their respective counsel that the Case Management Conference which is currently set for November 20, 2009 at 10:30 a.m., be continued for a period of approximately thirty (30) days.

This Stipulation is made at the request of Plaintiffs, who are in the process of associating additional legal counsel in this action, and who have proposed a 30-day continuance in the date of the Case Management Conference in order to afford said associated counsel a reasonable opportunity to become familiarized with the legal and factual issues in this case and to thus meaningfully participate in the scheduling issues which are to be addressed at the Case Management Conference.

DATED: 11/9/09

LAW OFFICE OF ROBERT LUBIN
LAW OFFICE OF KENNETH PRITIKIN

_____
ROBERT LUBIN
KENNETH PRITIKIN
JOSEPH CAMENZIND, IV
Attorneys for the Plaintiffs

DATED: 11/9/09

BUCHALTER NEMER

_____
PETER G. BERTRAND
RICHARD C. DARWIN
Attorneys for Defendant COMERICA BANK

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED, AS FOLLOWS:

The Case Management Conference currently set for November 20, 2009 at 10:30 a.m. is hereby vacated. A new Case Management Conference is hereby set for the following date

```
 1 | and time: _____. The due date
 2 | for the Case Management Statement is _____.
 3 |
 4 | DATED: _____        _____
   |                                              JUDGE
```

PRITIKIN v. COMERICA BANK ET. AL.
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

Page 3