*LAW OFFICE OF ROBERT LUBIN*
ROBERT M. LUBIN ESQ. (055863)
r1817@aol.com
JOSEPH CAMENZIND, IV (244154)
camenzindlaw@yahoo.com
177 Bovet Road, Suite 600
San Mateo, CA 94402
Phone: (650) 638-3221
Fax: (650) 638-1005

*LAW OFFICE OF KENNETH PRITIKIN*
KENNETH W. PRITIKIN, ESQ. (108072)
kwpritikin@gmail.com
2950 Buskirk Ave., Suite 300
Walnut Creek, CA 94597
Phone: (925) 407-2158
Fax: (925) 262-4668

Attorney for Plaintiffs

*BUCHALTER NEMER*
A Professional Corporation
   PETER G. BERTRAND (87883)
   RICHARD C. DARWIN (161254)
333 Market Street, 25th Floor
San Francisco, CA 94105
Phone: (415) 227-0900
Fax: (415) 227-0770
rdarwin@buchalter.com

Attorneys for Defendant COMERICA BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| ROBERT PRITIKIN, et al.,<br><br>             Plaintiffs,<br><br>vs.<br><br>COMERICA BANK, et al.<br><br>             Defendants | Case No.: C09 03303 JF<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>[Local Rules 7-12, 16-2(d)] |

IT IS HEREBY STIPULATED by and between the Plaintiffs and Defendant COMERICA BANK through their respective counsel that the Case Management Conference which is currently set for November 20, 2009 at 10:30 a.m., be continued for a period of approximately thirty (30) days.

This Stipulation is made at the request of Plaintiffs, who are in the process of associating additional legal counsel in this action, and who have proposed a 30-day continuance in the date of the Case Management Conference in order to afford said associated counsel a reasonable opportunity to become familiarized with the legal and factual issues in this case and to thus meaningfully participate in the scheduling issues which are to be addressed at the Case Management Conference.

DATED: 11/9/09

LAW OFFICE OF ROBERT LUBIN
LAW OFFICE OF KENNETH PRITIKIN

ROBERT LUBIN
KENNETH PRITIKIN
JOSEPH CAMENZIND, IV
Attorneys for the Plaintiffs

DATED: 11/9/09

BUCHALTER NEMER

PETER G. BERTRAND
RICHARD C. DARWIN
Attorneys for Defendant COMERICA BANK

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED, AS FOLLOWS:

The Case Management Conference currently set for November 20, 2009 at 10:30 a.m. is hereby vacated. A new Case Management Conference is hereby set for the following date

PRITIKIN v. COMERICA BANK ET. AL.
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

1  and time: ___January 15, 2010 at 10:30 a.m._____. The due date
2  for the Case Management Statement is ___January 8, 2010_____.

3  DATED: __11/17/09_____        _____/s/ signature_____
4                                                JUDGE

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PRITIKIN v. COMERICA BANK ET. AL.
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE