| | |
|---|---|
| 1 | *LAW OFFICE OF ROBERT LUBIN* |
| | ROBERT M. LUBIN ESQ. (055863) |
| 2 | r1817@aol.com |
| | JOSEPH CAMENZIND, IV (244154) |
| 3 | camenzindlaw@yahoo.com |
| | 177 Bovet Road, Suite 600 |
| 4 | San Mateo, CA 94402 |
| | Phone:  (650) 638-3221 |
| 5 | Fax:  (650) 638-1005 |
| 6 | *LAW OFFICE OF KENNETH PRITIKIN* |
| | KENNETH W. PRITIKIN, ESQ. (108072) |
| 7 | kwpritikin@gmail.com |
| | 2950 Buskirk Ave., Suite 300 |
| 8 | Walnut Creek, CA 94597 |
| | Phone:  (925) 407-2158 |
| 9 | Fax:  (925) 262-4668 |
| 10 | Attorney for Plaintiffs |
| 11 | *BUCHALTER NEMER* |
| | A Professional Corporation |
| 12 | PETER G. BERTRAND (87883) |
| | RICHARD C. DARWIN (161254) |
| 13 | 333 Market Street, 25th Floor |
| | San Francisco, CA 94105 |
| 14 | Phone:  (415) 227-0900 |
| | Fax:  (415) 227-0770 |
| 15 | rdarwin@buchalter.com |
| 16 | Attorneys for Defendant COMERICA BANK |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| ROBERT PRITIKIN, et al., | Case No.: C09 03303 JF |
| Plaintiffs, | STIPULATION TO EXTEND TIME TO FILE AND SERVE FIRST AMENDED COMPLAINT; ORDER THEREON |
| vs. | |
| COMERICA BANK, et al. | **[Local Rules 6-2, 7-12]** |
| Defendants | |

PRITIKIN v. COMERICA BANK ET. AL.
STIPULATION TO EXTEND TIME TO FILE AND SERVE FIRST AMENDED COMPLAINT; ORDER THEREON

1  Pursuant to Local Rule 6-2, Plaintiffs and Defendant Comerica Bank hereby stipulate
2  and agree to an Order extending the deadline for Plaintiffs to file and serve a first amended
3  complaint until January 15, 2010.  This declaration is supported by the accompanying
4  declaration of Plaintiffs' counsel Kenneth W. Pritikin.

5  SO STIPULATED:

7  DATED: 11/19/09

        LAW OFFICE OF ROBERT LUBIN
        LAW OFFICE OF KENNETH PRITIKIN

        _____
        ROBERT LUBIN
        KENNETH PRITIKIN
        JOSEPH CAMENZIND, IV
        Attorneys for the Plaintiffs

13  DATED: 11/19/09

        BUCHALTER NEMER

        _____
        PETER G. BERTRAND
        RICHARD C. DARWIN
        Attorneys for Defendant COMERICA BANK

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____   _____
                                    JUDGE