```
 1  LAW OFFICE OF ROBERT LUBIN
    ROBERT M. LUBIN ESQ. (055863)
 2  r1817@aol.com
    JOSEPH CAMENZIND, IV (244154)
 3  camenzindlaw@yahoo.com
    177 Bovet Road, Suite 600
 4  San Mateo, CA 94402
    Phone: (650) 638-3221
 5  Fax: (650) 638-1005

 6  LAW OFFICE OF KENNETH PRITIKIN
    KENNETH W. PRITIKIN, ESQ. (108072)
 7  kwpritikin@gmail.com
    2950 Buskirk Ave., Suite 300
 8  Walnut Creek, CA 94597
    Phone: (925) 407-2158
 9  Fax: (925) 262-4668

10  Attorney for Plaintiffs

11  BUCHALTER NEMER
    A Professional Corporation
12       PETER G. BERTRAND (87883)
         RICHARD C. DARWIN (161254)
13  333 Market Street, 25th Floor
    San Francisco, CA 94105
14  Phone: (415) 227-0900
    Fax: (415) 227-0770
15  rdarwin@buchalter.com

16  Attorneys for Defendant COMERICA BANK
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| ROBERT PRITIKIN, et al., | Case No.: C09 03303 JF |
|---|---|
| Plaintiffs, | STIPULATION TO EXTEND TIME TO FILE AND SERVE FIRST AMENDED COMPLAINT; ORDER THEREON |
| vs. | |
| COMERICA BANK, et al. | **[Local Rules 6-2, 7-12]** |
| Defendants | |

1  Pursuant to Local Rule 6-2, Plaintiffs and Defendant Comerica Bank hereby stipulate
2  and agree to an Order extending the deadline for Plaintiffs to file and serve a first amended
3  complaint until January 15, 2010.  This declaration is supported by the accompanying
4  declaration of Plaintiffs' counsel Kenneth W. Pritikin.

SO STIPULATED:

DATED: 11/19/09

LAW OFFICE OF ROBERT LUBIN
LAW OFFICE OF KENNETH PRITIKIN

ROBERT LUBIN
KENNETH PRITIKIN
JOSEPH CAMENZIND, IV
Attorneys for the Plaintiffs

DATED: 11/19/09

BUCHALTER NEMER

PETER G. BERTRAND
RICHARD C. DARWIN
Attorneys for Defendant COMERICA BANK

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____    _____
                          JUDGE