1  *LAW OFFICE OF ROBERT LUBIN*
   ROBERT M. LUBIN ESQ. (055863)
2  r1817@aol.com
   JOSEPH CAMENZIND, IV (244154)
3  camenzindlaw@yahoo.com
   177 Bovet Road, Suite 600
4  San Mateo, CA 94402
   Phone:  (650) 638-3221
5  Fax:  (650) 638-1005

6  *LAW OFFICE OF KENNETH PRITIKIN*
   KENNETH W. PRITIKIN, ESQ. (108072)
7  kwpritikin@gmail.com
   2950 Buskirk Ave., Suite 300
8  Walnut Creek, CA 94597
   Phone:  (925) 407-2158
9  Fax:  (925) 262-4668

10  Attorney for Plaintiffs

11  *BUCHALTER NEMER*
    A Professional Corporation
12          PETER G. BERTRAND (87883)
            RICHARD C. DARWIN (161254)
13  333 Market Street, 25th Floor
    San Francisco, CA 94105
14  Phone:  (415) 227-0900
    Fax:  (415) 227-0770
15  rdarwin@buchalter.com

16  Attorneys for Defendant COMERICA BANK

17

18                      UNITED STATES DISTRICT COURT

19                  NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

20

| | |
|---|---|
| ROBERT PRITIKIN, et al., | Case No.: C09 03303 JF |
| Plaintiffs, | STIPULATION TO EXTEND TIME TO FILE AND SERVE FIRST AMENDED COMPLAINT; ORDER THEREON |
| vs. | |
| COMERICA BANK, et al. | **[Local Rules 6-2, 7-12]** |
| Defendants | |

Pursuant to Local Rule 6-2, Plaintiffs and Defendant Comerica Bank hereby stipulate and agree to an Order extending the deadline for Plaintiffs to file and serve a first amended complaint until January 15, 2010. This declaration is supported by the accompanying declaration of Plaintiffs' counsel Kenneth W. Pritikin.

SO STIPULATED:

DATED: 11/19/09

LAW OFFICE OF ROBERT LUBIN
LAW OFFICE OF KENNETH PRITIKIN

ROBERT LUBIN
KENNETH PRITIKIN
JOSEPH CAMENZIND, IV
Attorneys for the Plaintiffs

DATED: 11/19/09

BUCHALTER NEMER

PETER G. BERTRAND
RICHARD C. DARWIN
Attorneys for Defendant COMERICA BANK

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 11/24/09

JUDGE