LAW OFFICE OF ROBERT LUBIN
ROBERT M. LUBIN ESQ. (055863)
r1817@aol.com
JOSEPH CAMENZIND, IV (244154)
camenzindlaw@yahoo.com
177 Bovet Road, Suite 600
San Mateo, CA 94402
Phone: (650) 638-3221
Fax: (650) 638-1005

LAW OFFICE OF KENNETH PRITIKIN
KENNETH W. PRITIKIN, ESQ. (108072)
kwpritikin@gmail.com
2950 Buskirk Ave., Suite 300
Walnut Creek, CA 94597
Phone: (925) 407-2158
Fax: (925) 262-4668

Attorney for Plaintiffs

BUCHALTER NEMER
A Professional Corporation
    PETER G. BERTRAND (87883)
    RICHARD C. DARWIN (161254)
333 Market Street, 25th Floor
San Francisco, CA 94105
Phone: (415) 227-0900
Fax: (415) 227-0770
rdarwin@buchalter.com

Attorneys for Defendant COMERICA BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| ROBERT PRITIKIN, et al.,<br><br>        Plaintiffs,<br><br>    vs.<br><br>COMERICA BANK, et al.<br><br>        Defendants | Case No.: C09 03303 JF<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND TIME TO FILE AND SERVE FIRST AMENDED COMPLAINT; ORDER THEREON<br><br>[Local Rules 6-2, 7-12, 16-2(d)] |

PRITIKIN v. COMERICA BANK ET. AL.
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND TIME TO FILE AND SERVE FIRST AMENDED COMPLAINT; ORDER THEREON

Page 1

Pursuant to Local Rules 6-2, 7-12 and 16-2, Plaintiffs and Defendant Comerica Bank hereby stipulate and agree to an Order (i) that the Case Management Conference which is currently set for January 15, 2010 at 10:30 a.m., be continued for a period of approximately seven (7) days, and (ii) extending the deadline for Plaintiffs to file and serve a first amended complaint until January 22, 2010.

This stipulation is supported by the accompanying declaration of Plaintiffs' counsel Kenneth W. Pritikin.

SO STIPULATED:

DATED: 12/28/09

LAW OFFICE OF ROBERT LUBIN
LAW OFFICE OF KENNETH PRITIKIN

_____
ROBERT LUBIN
KENNETH PRITIKIN
JOSEPH CAMENZIND, IV
Attorneys for the Plaintiffs

DATED: 12/28/09

BUCHALTER NEMER

_____
PETER G. BERTRAND
RICHARD C. DARWIN
Attorneys for Defendant COMERICA BANK

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED, AS FOLLOWS:

1. The last date that Plaintiffs may file and serve a first amended complaint is extended to January 22, 2010.

2. The Case Management Conference currently set for January 15, 2010 at 10:30 a.m. is hereby vacated. A new Case Management Conference is hereby set for the following

PRITIKIN v. COMERICA BANK ET. AL.
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND TIME TO FILE AND SERVE FIRST AMENDED COMPLAINT; ORDER THEREON

Page 2

1  date and time: _____. The due
2  date for the Case Management Statement is _____.
3
4  DATED: _____        _____
                                    JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PRITIKIN v. COMERICA BANK ET. AL.
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND TIME TO FILE AND
SERVE FIRST AMENDED COMPLAINT; ORDER THEREON