1  LAW OFFICE OF ROBERT LUBIN
   ROBERT M. LUBIN ESQ. (055863)
2  r1817@aol.com
   JOSEPH CAMENZIND, IV (244154)
3  camenzindlaw@yahoo.com
   177 Bovet Road, Suite 600
4  San Mateo, CA 94402
   Phone: (650) 638-3221
5  Fax: (650) 638-1005

6  LAW OFFICE OF KENNETH PRITIKIN
   KENNETH W. PRITIKIN, ESQ. (108072)
7  kwpritikin@gmail.com
   2950 Buskirk Ave., Suite 300
8  Walnut Creek, CA 94597
   Phone: (925) 407-2158
9  Fax: (925) 262-4668

10 Attorney for Plaintiffs

11 BUCHALTER NEMER
   A Professional Corporation
12      PETER G. BERTRAND (87883)
        RICHARD C. DARWIN (161254)
13 333 Market Street, 25th Floor
   San Francisco, CA 94105
14 Phone: (415) 227-0900
   Fax: (415) 227-0770
15 rdarwin@buchalter.com

16 Attorneys for Defendant COMERICA BANK

17

18                UNITED STATES DISTRICT COURT

19            NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

20

21 ROBERT PRITIKIN, et al.,              Case No.: C09 03303 JF
22                Plaintiffs,            STIPULATION TO CONTINUE CASE
23      vs.                              MANAGEMENT CONFERENCE AND
                                         TO EXTEND TIME TO FILE AND
24 COMERICA BANK, et al.                 SERVE FIRST AMENDED COMPLAINT;
                                         ORDER THEREON
25                Defendants
26                                       [Local Rules 6-2, 7-12, 16-2(d)]
27
28

PRITIKIN v. COMERICA BANK ET. AL.
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND TIME TO FILE AND
SERVE FIRST AMENDED COMPLAINT; ORDER THEREON

1  Pursuant to Local Rules 6-2, 7-12 and 16-2, Plaintiffs and Defendant Comerica Bank
2  hereby stipulate and agree to an Order (i) that the Case Management Conference which is
3  currently set for January 15, 2010 at 10:30 a.m., be continued for a period of approximately
4  seven (7) days, and (ii) extending the deadline for Plaintiffs to file and serve a first amended
5  complaint until January 22, 2010.
6  This stipulation is supported by the accompanying declaration of Plaintiffs' counsel
7  Kenneth W. Pritikin.
8  SO STIPULATED:
9
10 DATED: 12/28/09                              LAW OFFICE OF ROBERT LUBIN
11                                              LAW OFFICE OF KENNETH PRITIKIN
12
13                                              ROBERT LUBIN
14                                              KENNETH PRITIKIN
                                                JOSEPH CAMENZIND, IV
15                                              Attorneys for the Plaintiffs
16
17 DATED: 12/28/09                              BUCHALTER NEMER
18
19                                              PETER G. BERTRAND
20                                              RICHARD C. DARWIN
                                                Attorneys for Defendant COMERICA BANK
21
22
23                                    **ORDER**
24  PURSUANT TO STIPULATION, IT IS SO ORDERED, AS FOLLOWS:
25  1.  The last date that Plaintiffs may file and serve a first amended complaint is
26 extended to January 22, 2010.
27  2.  The Case Management Conference currently set for January 15, 2010 at 10:30
28 a.m. is hereby vacated. A new Case Management Conference is hereby set for the following

PRITIKIN v. COMERICA BANK ET. AL.
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND TIME TO FILE AND SERVE FIRST AMENDED COMPLAINT; ORDER THEREON

Page 2

1  date and time: _____. The due
2  date for the Case Management Statement is _____.
3
4  DATED: _____        _____
                                                JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PRITIKIN v. COMERICA BANK ET. AL.
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND TIME TO FILE AND SERVE FIRST AMENDED COMPLAINT; ORDER THEREON

Page 3