*LAW OFFICE OF ROBERT LUBIN*
ROBERT M. LUBIN ESQ. (055863)
r1817@aol.com
JOSEPH CAMENZIND, IV, ESQ (244154)
camenzindlaw@yahoo.com
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 638-2331
Fax: (650) 638-1005

*LAW OFFICE OF KENNETH PRITIKIN*
KENNETH PRITIKIN, ESQ. (108072)
kwpritikin@gmail.com
2950 Buskirk Avenue, Suite 300
Walnut Creek, CA 94597
Phone: (925) 407-2158
Fax: (925) 262-4688

Attorneys for the Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| ROBERT PRITIKIN, et al.<br><br>Plaintiffs,<br>vs.<br>COMERICA BANK, et al.,<br><br>Defendants | Case No.: C09 03303 JF<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE – CASE NO. CV 09-03303 JF**

I am employed in the County of San Mateo. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is at The Law Offices of Robert M. Lubin, 177 Bovet Road, Suite 600, San Mateo, CA 94402.

On December 29, 2009, I served the foregoing documents which are being electronically filed described as:

1) **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND TIME TO FILE AND SERVE FIRST AMENDED COMPLAINT; ORDER THEREON [Local Rules 6-2, 7-12, 16-2(d)]**

2) **DECLARATION OF KENNETH W. PRITIKIN IN SUPPORT OF STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND TIME TO FILE AND SERVE FIRST AMENDED COMPLAINT**

On all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelop as follows:

Buchalter Nemer
A Professional Corporation
Peter G. Bertrand
Richard C. Darwin
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
T: 415-227-0900
F: 415-227-0770

**Courtesy Copy:**

The Honorable Jeremy Fogel
United States District Court
Northern District of California
Courtroom 3, 5th floor
280 South 1st Street
San Jose, CA 95113

X   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Mateo, California.

Executed on December 29, 2009 at San Mateo, California.

_____
Patsy Nicklin

**PROOF OF SERVICE – CASE NO. CV 09-03303 JF**