*LAW OFFICE OF ROBERT LUBIN*
ROBERT M. LUBIN ESQ. (055863)
r1817@aol.com
JOSEPH CAMENZIND, IV (244154)
camenzindlaw@yahoo.com
177 Bovet Road, Suite 600
San Mateo, CA 94402
Phone: (650) 638-3221
Fax: (650) 638-1005

*LAW OFFICE OF KENNETH PRITIKIN*
KENNETH W. PRITIKIN, ESQ. (108072)
kwpritikin@gmail.com
2950 Buskirk Ave., Suite 300
Walnut Creek, CA 94597
Phone: (925) 407-2158
Fax: (925) 262-4668

Attorney for Plaintiffs

*BUCHALTER NEMER*
A Professional Corporation
    PETER G. BERTRAND (87883)
    RICHARD C. DARWIN (161254)
333 Market Street, 25th Floor
San Francisco, CA 94105
Phone: (415) 227-0900
Fax: (415) 227-0770
rdarwin@buchalter.com

Attorneys for Defendant COMERICA BANK

\*\*E-Filed 1/7/2010\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| ROBERT PRITIKIN, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>COMERICA BANK, et al.<br><br>    Defendants | Case No.: C09 03303 JF<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND TIME TO FILE AND SERVE FIRST AMENDED COMPLAINT; ORDER THEREON<br><br>[Local Rules 6-2, 7-12, 16-2(d)] |

PRITIKIN v. COMERICA BANK ET. AL.
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND TIME TO FILE AND SERVE FIRST AMENDED COMPLAINT; ORDER THEREON

Page 1

1    Pursuant to Local Rules 6-2, 7-12 and 16-2, Plaintiffs and Defendant Comerica Bank
2 hereby stipulate and agree to an Order (i) that the Case Management Conference which is
3 currently set for January 15, 2010 at 10:30 a.m., be continued for a period of approximately
4 seven (7) days, and (ii) extending the deadline for Plaintiffs to file and serve a first amended
5 complaint until January 22, 2010.
6    This stipulation is supported by the accompanying declaration of Plaintiffs' counsel
7 Kenneth W. Pritikin.
8    SO STIPULATED:

10 DATED: 12/28/09            LAW OFFICE OF ROBERT LUBIN
11                            LAW OFFICE OF KENNETH PRITIKIN

13                            ROBERT LUBIN
14                            KENNETH PRITIKIN
                              JOSEPH CAMENZIND, IV
15                            Attorneys for the Plaintiffs

17 DATED: 12/28/09            BUCHALTER NEMER

19                            PETER G. BERTRAND
20                            RICHARD C. DARWIN
                              Attorneys for Defendant COMERICA BANK

23                            **ORDER**
24    PURSUANT TO STIPULATION, IT IS SO ORDERED, AS FOLLOWS:
25    1.   The last date that Plaintiffs may file and serve a first amended complaint is
26 extended to January 22, 2010.
27    2.   The Case Management Conference currently set for January 15, 2010 at 10:30
28 a.m. is hereby vacated. A new Case Management Conference is hereby set for the following

---

PRITIKIN v. COMERICA BANK ET. AL.
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND TIME TO FILE AND
SERVE FIRST AMENDED COMPLAINT; ORDER THEREON

1  date and time: _____January 22, 2010 at 10:30 a.m._____. The due
2  date for the Case Management Statement is _____January 12, 2010_____.

3  DATED: ___1/4/2010_____          _____[signature]_____
4                                    JUDGE

PRITIKIN v. COMERICA BANK ET. AL.
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND TIME TO FILE AND SERVE FIRST AMENDED COMPLAINT; ORDER THEREON

Page 3