1 | *LAW OFFICE OF ROBERT LUBIN*
ROBERT M. LUBIN ESQ. (055863)

2 | r1817@aol.com
JOSEPH CAMENZIND, IV (244154)

3 | camenzindlaw@yahoo.com
177 Bovet Road, Suite 600

4 | San Mateo, CA 94402
Phone:  (650) 638-3221

5 | Fax:  (650) 638-1005

**E-Filed 1/7/2010**

6 | *LAW OFFICE OF KENNETH PRITIKIN*
KENNETH W. PRITIKIN, ESQ. (108072)

7 | kwpritikin@gmail.com
2950 Buskirk Ave., Suite 300

8 | Walnut Creek, CA 94597
Phone:  (925) 407-2158

9 | Fax:  (925) 262-4668

10 | Attorney for Plaintiffs

11 | *BUCHALTER NEMER*
A Professional Corporation

12 |     PETER G. BERTRAND (87883)
    RICHARD C. DARWIN (161254)

13 | 333 Market Street, 25th Floor
San Francisco, CA 94105

14 | Phone:  (415) 227-0900
Fax:  (415) 227-0770

15 | rdarwin@buchalter.com

16 | Attorneys for Defendant COMERICA BANK

17 |

18 | UNITED STATES DISTRICT COURT

19 | NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

---

ROBERT PRITIKIN, et al.,

        Plaintiffs,

vs.

COMERICA BANK, et al.

        Defendants

Case No.:  C09 03303 JF

STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE AND
TO EXTEND TIME TO FILE AND
SERVE FIRST AMENDED COMPLAINT;
ORDER THEREON

**[Local Rules 6-2, 7-12, 16-2(d)]**

---

PRITIKIN v. COMERICA BANK ET. AL.
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND TIME TO FILE AND
SERVE FIRST AMENDED COMPLAINT; ORDER THEREON

Page 1

1    Pursuant to Local Rules 6-2, 7-12 and 16-2, Plaintiffs and Defendant Comerica Bank

2  hereby stipulate and agree to an Order (i) that the Case Management Conference which is

3  currently set for January 15, 2010 at 10:30 a.m., be continued for a period of approximately

4  seven (7) days, and (ii) extending the deadline for Plaintiffs to file and serve a first amended

5  complaint until January 22, 2010.

6    This stipulation is supported by the accompanying declaration of Plaintiffs' counsel

7  Kenneth W. Pritikin.

8    SO STIPULATED:

9

10  DATED: __12/28/09__

LAW OFFICE OF ROBERT LUBIN
LAW OFFICE OF KENNETH PRITIKIN

11

12

13  ROBERT LUBIN
KENNETH PRITIKIN

14  JOSEPH CAMENZIND, IV

15  Attorneys for the Plaintiffs

16

17  DATED: __12/28/09__

BUCHALTER NEMER

18

19  PETER G. BERTRAND

20  RICHARD C. DARWIN
Attorneys for Defendant COMERICA BANK

21

22

23    **ORDER**

24    PURSUANT TO STIPULATION, IT IS SO ORDERED, AS FOLLOWS:

25    1.    The last date that Plaintiffs may file and serve a first amended complaint is

26  extended to January 22, 2010.

27    2.    The Case Management Conference currently set for January 15, 2010 at 10:30

28  a.m. is hereby vacated. A new Case Management Conference is hereby set for the following

PRITIKIN v. COMERICA BANK ET. AL.
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND TIME TO FILE AND
SERVE FIRST AMENDED COMPLAINT; ORDER THEREON

1   date and time: _____January 22, 2010 at 10:30 a.m._____. The due

2   date for the Case Management Statement is ___January 12, 2010_____.

3
DATED: ___1/4/2010_____
4                                          _____
JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PRITIKIN v. COMERICA BANK ET. AL.
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND TIME TO FILE AND
SERVE FIRST AMENDED COMPLAINT; ORDER THEREON