**United States District Court**
**Northern District of California**

1
2
3
4
5
6
7
8 **UNITED STATES DISTRICT COURT**
9 **Northern District of California**

10 Pritikin, et al,                                09-03303 JF
11                   Plaintiff(s),              **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER**
12       v.
13 Comerica Bank, et al,
14                   Defendant(s).
15

16    The parties have failed to file an ADR Certification and either a Stipulation and
17 [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone
18 Conference as required by the Initial Case Management Scheduling Order.  Counsel
19 shall Meet and Confer forthwith in an attempt to agree on an ADR process for this
20 matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file
21 an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting**
22 **ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b),
23 ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available
24 at www.adr.cand.uscourts.gov.)
25
26    Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a
27 copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax
28 (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
09-03303 JF                                    -1-

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: January 12, 2010

RICHARD W. WIEKING
Clerk
by:   Timothy J. Smagacz

*Timothy Smagacz*

ADR Program Administrator
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
09-03303 JF                                      -2-

PROOF OF SERVICE

Case Name:       Pritikin, et al v. Comerica Bank, et al

Case Number:     09-03303 JF

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On January 12, 2010, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Robert M Lubin
> Law Offices of Robert Lubin
> 177 Bovet Rd
> Suite 600
> San Mateo, CA 94402
>
> Joseph Camenzind IV
> Law Office of Robert Lubin
> 177 Bovet Road
> Suite 600
> San Mateo, Ca 94402
> camenzindlaw@yahoo.com
>
> Kenneth Pritikin
> Law Offices of Kenneth Pritikin
> 2950 Buskirk Avenue
> Suite 300
> Walnut Creek, CA 9459
>
> Robert M. Lubin
> Law Offices of Robert Lubin

177 Bovet Road # 600
San Mateo, CA 94402
r1817@aol.com

Francis McGrath

,

Richard C. Darwin
Buchalter Nemer
333 Market Street
25th Floor
Attorneys at Law
San Francisco, CA 94105-2126
rdarwin@buchalter.com

Comerica Incorporated

,


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 12, 2010 in San Francisco, California.

    RICHARD W. WIEKING
    Clerk
    by:    Timothy J. Smagacz

*Timothy Smagacz*

    ADR Program Administrator
    415-522-4205
    Tim_Smagacz@cand.uscourts.gov