*LAW OFFICE OF ROBERT LUBIN*
ROBERT M. LUBIN ESQ. (055863)
r1817@aol.com
JOSEPH CAMENZIND, IV (244154)
camenzindlaw@yahoo.com
177 Bovet Road, Suite 600
San Mateo, CA 94402
Phone: (650) 638-3221
Fax: (650) 638-1005

*LAW OFFICE OF KENNETH PRITIKIN*
KENNETH W. PRITIKIN, ESQ. (108072)
kwpritikin@gmail.com
2950 Buskirk Ave., Suite 300
Walnut Creek, CA 94597
Phone: (925) 407-2158
Fax: (925) 262-4668

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| ROBERT PRITIKIN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COMERICA BANK, et al. <br><br> Defendants | Case No.: C09 03303 JF <br><br> VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE <br><br> [F.R.C.P. 41(a)(1)(A)(i)] |

1 | PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss the above-captioned action without prejudice.

DATED: Jan. 12, 2010

Respectfully submitted,

LAW OFFICE OF ROBERT LUBIN
LAW OFFICE OF KENNETH PRITIKIN

ROBERT LUBIN
KENNETH PRITIKIN
JOSEPH CAMENZIND, IV
Attorneys for the Plaintiffs

PRITIKIN v. COMERICA BANK ET. AL.
VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE