*LAW OFFICE OF ROBERT LUBIN*
ROBERT M. LUBIN ESQ. (055863)
r1817@aol.com
JOSEPH CAMENZIND, IV (244154)
camenzindlaw@yahoo.com
177 Bovet Road, Suite 600
San Mateo, CA 94402
Phone: (650) 638-3221
Fax: (650) 638-1005

*LAW OFFICE OF KENNETH PRITIKIN*
KENNETH W. PRITIKIN, ESQ. (108072)
kwpritikin@gmail.com
2950 Buskirk Ave., Suite 300
Walnut Creek, CA 94597
Phone: (925) 407-2158
Fax: (925) 262-4668

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| ROBERT PRITIKIN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COMERICA BANK, et al. <br><br> Defendants | Case No.: C09 03303 JF <br><br> VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE <br><br> [F.R.C.P. 41(a)(1)(A)(i)] |

1  PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure
2  41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss the above-captioned action without
3  prejudice.

DATED: Jan. 12, 2010

Respectfully submitted,

LAW OFFICE OF ROBERT LUBIN
LAW OFFICE OF KENNETH PRITIKIN

ROBERT LUBIN
KENNETH PRITIKIN
JOSEPH CAMENZIND, IV
Attorneys for the Plaintiffs