*LAW OFFICE OF ROBERT LUBIN*
ROBERT M. LUBIN ESQ. (055863)
r1817@aol.com
JOSEPH CAMENZIND, IV (244154)
camenzindlaw@yahoo.com
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 638-2331
Fax: (650) 638-1005

*LAW OFFICE OF KENNETH PRITIKIN*
KENNETH PRITIKIN, ESQ. (108072)
kwpritikin@gmail.com
2950 Buskirk Avenue, Suite 300
Walnut Creek, CA 94597
Phone: (925) 407-2158
Fax: (925) 262-4688

Attorneys for the Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| ROBERT PRITIKIN, et al.<br><br>　　　　Plaintiffs,<br>vs.<br>COMERICA BANK, et al.,<br><br>　　　　Defendants | Case No.: C09 03303 JF<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE – CASE NO. CV 09-03303 JF**

1     I am employed in the County of San Mateo. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is at The Law Offices of Robert M. Lubin, 177 Bovet Road, Suite 600, San Mateo, CA 94402.

    On January 14, 2010, I served the foregoing documents which are being electronically filed described as:

**VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**

On all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelop with postage fully prepaid, addressed to:as follows:

Buchalter Nemer
A Professional Corporation
Peter G. Bertrand
Richard C. Darwin
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
T: 415-227-0900
F: 415-227-0770
**FIRST CLASS MAIL**

**Courtesy Copy:**

The Honorable Jeremy Fogel
United States District Court
Northern District of California
Courtroom 3, 5th floor
280 South 1st Street
San Jose, CA 95113
**SWIFT ATTORNEY SERVICE**

X     **(BY FIRST CLASS MAIL)** On January 14, 2010, I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Mateo, California.which document(s) was/were placed for deposit in the U.S. Postal Service in a sealed envelope, with postage fully prepaid AS INDICATED ABOVE. The envelop or package designated by First Class Mail, addressed to the person(s) on whom it is to be served at the address(es) shown above, as last given by that person on any document filed in the cause; otherwise at that party's place of residence

Executed on January 14, 2010 at San Mateo, California.

*Patsy Nicklin* (signature)
Patsy Nicklin

**PROOF OF SERVICE – CASE NO. CV 09-03303 JF**