BUCHALTER NEMER
A Professional Corporation
   PETER G. BERTRAND (#87883)
   RICHARD C. DARWIN (#161245)
333 Market Street, 25th Floor
San Francisco, California 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
rdarwin@buchalter.com

Attorneys for Defendant
COMERICA BANK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| ROBERT PRITIKIN, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>COMERICA BANK, et al.,<br><br>                Defendants. | CASE NO. CV 09-03303 JF<br><br>**BILL OF COSTS OF DEFENDANT COMERICA BANK; DECLARATION IN SUPPORT**<br><br>Complaint filed: July 20, 2009 |

## BILL OF COSTS

The complaint against defendant Comerica Bank having been dismissed on January 14, 2010, the clerk is requested to tax the following as costs:

Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case (see Attachment A) .................................... $1,119.00

                                                                            TOTAL: $1,119.00

DATED: January 28, 2010

                                                                     BUCHALTER NEMER
                                                                     A Professional Corporation


                                                                     By: _____
                                                                          Richard C. Darwin
                                                           Attorneys for Defendant, COMERICA BANK

## DECLARATION

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties by electronic service by email, and by conventional service by first class mail, postage prepaid.

Executed this 28 day of January, 2010, in San Francisco, California.

_____
Richard C. Darwin

# Attachment A

1) Fees for Reproduction & Exemplification

    A) Messenger, Retrieval, and Reproduction of Records pertaining to Los Angeles Superior Court Case Nos. BC310846 on September 23, 2009.  $279.20

    B) Retrieval and Reproduction of Records pertaining to: District of Nevada Case No. BK-S-97-22098-RCJ; District of Maryland Case No. CCB-000-CV-3626; District of Nevada Case No. CV-S-02-1385; Northern District of California Case No. CCB-000-cv-3616; Central District of California Case No. 03-CV-5548; Central District of California Case No. 03-CV-37579; LA Superior Court Case No. SC079281; LA Superior Court Case No. BC 304180; LA Superior Court Case No. BC 313316  $378.40

    C) Specialized Legal Services, Inc., Delivery of Courtesy Copy to Judge Fogel of Comerica's Motion to Dismiss and Supporting Declaration and Appendix  $461.40

    **Total:**  **$ 1119.00**

RESEARCH & RETRIEVAL INC
1301 MANHATTAN AVE #E
HERMOSA BEACH, CA. 90254
800-707-8771  FAX 310-421-0344

# Invoice

| Date | Invoice # |
|---|---|
| 9/23/2009 | 51990 |

**Bill To**
BUCHALTER NEMER- LA
1000 WILSHIRE BLVD #1500
LOS ANGELES, CA. 90017
ATTN: MONICA HAMOR

SEP 24 '09 AM 9:47

| P.O. No. | Terms | Due Date |
|---|---|---|
| SEE BELOW | Net 15 | 10/8/2009 |

| Description | Amount |
|---|---|
| YOUR REF: C5712-0039 DARWIN | |
| LOS ANGELES SUPERIOR COURT | |
| COLIN GILBERT VS. MARK COHEN | |
| CASE #BC310846 | |
| ATTEMPTED RETRIEVAL LA | 35.00 |
| RETRIEVAL CCW COURT 2HRS @$55.00 | 110.00 |
| COPIES | 109.20 |
| DELIVERY | 25.00 |

rec'd MH

OK  VENDOR  9042
MH  VOUCHER 243937
    G/L

ORDER@RESEARCHANDRETRIEVAL.COM

**Total** $279.20

---

## Invoice/Service Report

**Client#:** 587
**Inv#:** 265538

**Date:** November 1, 2009

---

**Client:** BUCHALTER, NEMER, FIELDS & YOUNGER
333 Market Street, 25th Floor
San Francisco, CA 94105
**Attention:** LUCY GERACE
**Case No.:**
**Court:**
**Plaintiff:**
**Defendant:**
**Ref No.:** C5712-0039
**Document(s):** SEALED ENVELOPE

---

**Report:** Delivered to: JUDGE FOGAL, 280 South First Street #2112, San Jose, CA. 95113.
Completed on October 20, 2009 **

---

| Fees and Costs: | | |
|---|---|---|
| | 1 Special Court Service - San Jose @ $193.20 | $193.20 |
| | 1 Expediting Fee @ $75.00 | $75.00 |
| | 1 Special Court Service - San Jose @ $193.20 | $193.20 |

**Invoice Total:** $461.40

---

Specialized Legal Services, Inc.
P.O. Box 77141
San Francisco, CA 94107
(415) 357-0500
IRS# 94-3315956

---

DBDRYP02
*Include Write-Offs*

**Disbursement Diary**
From 1/01/09 Through 12/31/09

1/20/2010 10:22:08 AM loarca

Page 1
bnfdata

C5712 COMERICA BANK
39 PRITIKIN ET AL.

| Date | DsbCd | Description | Units | Rate | Amount | Source | Invoice No. |
|---|---|---|---|---|---|---|---|
| | | REDACTED | | | | | |
| 7/28/09 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT SEARCH FROM CALIFORNIA NORTHERN DISTRICT COURT ON 07/28/09 | | | 2.00 | B DSB | 630719 |
| 7/30/09 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT SEARCH FROM CALIFORNIA NORTHERN DISTRICT COURT ON 07/30/09 | | | 1.28 | B DSB | 630719 |
| 7/30/09 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT SEARCH FROM NEVADA DISTRICT COURT ON 07/30/09 | | | .64 | B DSB | 630719 |
| 7/30/09 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT SEARCH FROM NEW JERSEY DISTRICT COURT ON 07/30/09 | | | .16 | B DSB | 630719 |
| 7/30/09 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT SEARCH FROM TENNESSEE MIDDLE DISTRICT COURT ON 07/30/09 | | | 1.60 | B DSB | 630719 |
| 7/30/09 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT SEARCH FROM CALIFORNIA NORTHERN DISTRICT COURT ON 07/30/09 | | | .96 | B DSB | 630719 |
| | | REDACTED | | | | | |

DBDRYP02
*Include Write-Offs*

Disbursement Diary
From  1/01/09  Through  12/31/09

1/20/2010 10:22:08 AM  sloarca

Page  2
bnfdata

C5712
39  COMERICA BANK
    PRITIKIN ET AL.

| Date | DsbCd | Description | Units | Rate | Amount | Source | Invoice No. |
|---|---|---|---|---|---|---|---|
| 8/05/09 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT SEARCH FROM CALIFORNIA NORTHERN DISTRICT COURT ON 08/05/09 | | | .96 | B  DSB | 633296 |
| 8/06/09 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT SEARCH FROM CALIFORNIA NORTHERN DISTRICT COURT ON 08/06/09 | | | .56 | B  DSB | 633296 |
| 8/10/09 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT SEARCH FROM CALIFORNIA CENTRAL DISTRICT COURT ON 08/10/09 | | | 2.40 | B  DSB | 633296 |
| 8/11/09 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT SEARCH FROM CALIFORNIA NORTHERN DISTRICT COURT ON 08/11/09 | | | 1.12 | B  DSB | 633296 |
| 8/12/09 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT SEARCH FROM CALIFORNIA CENTRAL DISTRICT COURT ON 08/12/09 | | | .40 | B  DSB | 633296 |
| 8/14/09 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT SEARCH FROM ILLINOIS NORTHERN DISTRICT COURT ON 08/14/09 | | | .40 | B  DSB | 633296 |
| 8/18/09 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT SEARCH FROM CALIFORNIA CENTRAL BANKRUPTCY COURT ON 08/18/09 | | | 120.64 | B  DSB | 633296 |

REDACTED
REDACTED
REDACTED

DBDRYP02  
*Include Write-Offs*  

**Disbursement Diary**  
From 1/01/09 Through 12/31/09  

1/20/2010 10:22:09 AM    sloarca  

Page 3  
bnfdata

C5712  
39  
COMERICA BANK  
PRITIKIN ET AL.

| Date | DsbCd | Description | Units | Rate | Amount | Source | Invoice No. |
|---|---|---|---|---|---|---|---|
| 8/19/09 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT SEARCH FROM CALIFORNIA CENTRAL BANKRUPTCY COURT ON 08/19/09 | | | 102.88 | B  DSB | 633296 |
| 8/19/09 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT SEARCH FROM CALIFORNIA NORTHERN BANKRUPTCY COURT ON 08/19/09 | | | 2.88 | B  DSB | 633296 |
| 8/19/09 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT SEARCH FROM CALIFORNIA SOUTHERN BANKRUPTCY COURT ON 08/19/09 | | | .40 | B  DSB | 633296 |
| 8/19/09 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT SEARCH FROM FLORIDA SOUTHERN BANKRUPTCY COURT ON 08/19/09 | | | .16 | B  DSB | 633296 |
| 8/20/09 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT SEARCH FROM CALIFORNIA CENTRAL BANKRUPTCY COURT ON 08/20/09 | | | .32 | B  DSB | 633296 |
| 8/21/09 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT SEARCH FROM CALIFORNIA CENTRAL BANKRUPTCY COURT ON 08/21/09 | | | 72.96 | B  DSB | 633296 |
| 8/21/09 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT SEARCH FROM CALIFORNIA CENTRAL DISTRICT COURT ON 08/21/09 | | | .72 | B  DSB | 633296 |
| 8/21/09 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT SEARCH FROM CALIFORNIA SOUTHERN BANKRUPTCY COURT ON 08/21/09 | | | 1.12 | B  DSB | 633296 |
| 8/21/09 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT SEARCH FROM CALIFORNIA SOUTHERN DISTRICT COURT ON 08/21/09 | | | .08 | B  DSB | 633296 |
| 8/21/09 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT SEARCH FROM NEVADA DISTRICT COURT ON 08/21/09 | | | 2.72 | B  DSB | 633296 |
| 8/24/09 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT SEARCH FROM CALIFORNIA CENTRAL BANKRUPTCY COURT ON 08/24/09 | | | 30.08 | B  DSB | 633296 |
| 8/24/09 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT SEARCH FROM CALIFORNIA CENTRAL DISTRICT COURT ON 08/24/09 | | | .72 | B  DSB | 633296 |
| 8/24/09 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT SEARCH FROM ILLINOIS NORTHERN DISTRICT COURT ON | | | | | |

REDACTED

C5712　　COMERICA BANK
39　　　　PRITIKIN ET AL.

| Date | DsbCd | Description | Units | Rate | Amount | Source | Invoice No. |
|---|---|---|---|---|---|---|---|
| 8/27/09 | 93 | 08/24/09<br>PACER SERVICE CENTER - WEB PAGES: ONLINE COURT<br>SEARCH FROM CALIFORNIA NORTHERN DISTRICT COURT ON<br>08/27/09 | | | 11.12 | B  DSB | 633296 |
| | | REDACTED | | | .24 | B  DSB | 633296 |
| 8/31/09 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT<br>SEARCH FROM CALIFORNIA CENTRAL DISTRICT COURT ON<br>08/31/09 | | | | | |
| | | REDACTED | | | 2.56 | B  DSB | 633296 |

DBDRYP02
*Include Write-Offs*

**Disbursement Diary**
From 1/01/09 Through 12/31/09

1/20/2010 10:22:09 AM    sloarca

C5712    COMERICA BANK
39       PRITIKIN ET AL.

| Date | DsbCd | Description | Units | Rate | Amount | Source | Invoice No. |
|------|-------|-------------|-------|------|--------|--------|-------------|
|      |       | REDACTED    |       |      | REDACTED |      | REDACTED    |

C5712      COMERICA BANK
39         PRITIKIN ET AL.

| Date | DsbCd | Description | Units | Rate | Amount | Source | Invoice No. |
|---|---|---|---|---|---|---|---|
| | | REDACTED | | | | | |
| | | REDACTED | | | | | |

DBDRYP02
*Include Write-Offs*

**Disbursement Diary**
From   1/01/09   Through 12/31/09

1/20/2010 10:22:10 AM   sloarca

Page     7
bnfdata

C5712          COMERICA BANK
39             PRITIKIN ET AL.

| Date | DsbCd | Description | Units | Rate | Amount | Source | Invoice No. |
|------|-------|-------------|-------|------|--------|--------|-------------|
|      |       | REDACTED    |       |      | REDACTED |      |             |

DBDRYP02
*Include Write-Offs*

**Disbursement Diary**
From  1/01/09  Through  12/31/09

1/20/2010 10:22:10 AM    sloarca

C5712    COMERICA BANK
39       PRITIKIN ET AL.

| Date | DsbCd | Description | Units | Rate | Amount | Source | Invoice No. |
|------|-------|-------------|-------|------|--------|--------|-------------|

REDACTED

REDACTED

C5712　COMERICA BANK
39　　PRITIKIN ET AL.

| Date | DsbCd | Description | | Units | Rate | Amount | | Source | Invoice No. |
|---|---|---|---|---|---|---|---|---|---|

| 9/04/09 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT SEARCH FROM CALIFORNIA NORTHERN DISTRICT COURT ON 09/04/09 | REDACTED | | | .24 | B | A/P | 636144 |
| 9/23/09 | 69 | OUTSIDE SUPPORT: RESEARCH & RETRIEVAL, INC. C5712-0039 - RETRIEVE CASE NO. BC310846 FROM LOS ANGELES SUPERIOR COURT | REDACTED | | | 279.20 | W | A/P | |
| 9/28/09 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT SEARCH FROM CALIFORNIA SOUTHERN DISTRICT COURT ON 09/28/09 | REDACTED | | | 2.40 | B | DSB | 636144 |

DBDRYP02
*Include Write-Offs*

**Disbursement Diary**
From 1/01/09 Through 12/31/09

1/20/2010 10:22:11 AM  sloarca

Page 10
bnfdata

C5712     COMERICA BANK
39        PRITIKIN ET AL.

REDACTED

| Date | DsbCd | Description | Units | Rate | Amount | Source | Invoice No. |
|---|---|---|---|---|---|---|---|
| 10/19/09 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT SEARCH FROM CALIFORNIA NORTHERN DISTRICT COURT ON 10/19/09 | | | 2.24 B | DSB | 639543 |
| 10/19/09 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT SEARCH FROM UNITED STATES PARTY/CASE INDEX ON 10/19/09 | | | .08 B | DSB | 639543 |

REDACTED

C5712　　COMERICA BANK
39　　　　PRITIKIN ET AL.

| Date | DsbCd | Description | Units | Rate | Amount | Source | Invoice No. |
|---|---|---|---|---|---|---|---|
| | | REDACTED | | | | | |
| 10/30/09 | 69 | OUTSIDE SUPPORT: RESEARCH & RETRIEVAL, INC. C5712-0039 - RETRIEVE CASE NO. BC310846 | | | 279.20 | B  A/P | 636144 |
| | | REDACTED | | | | | |

DBDRYP02            **Disbursement Diary**            1/20/2010 10:22:12 AM     sloarca            **Page** 12
*Include Write-Offs*       From   1/01/09   Through   12/31/09                                                           bnfdata

C5712      COMERICA BANK
39           PRITIKIN ET AL.

**Date   DsbCd  Description                                                             Units    Rate    Amount    Source    Invoice No.**

REDACTED

C5712　　COMERICA BANK
39　　　　PRITIKIN ET AL.

| Date | DsbCd | Description | Units | Rate | Amount | Source | Invoice No. |
|---|---|---|---|---|---|---|---|

REDACTED

11/01/09　MSGR　MESSENGER SERVICE: SPECIALIZED LEGAL SERVICES, INC. TO　　　　　　　461.40　B　A/P
　　　　　　　　JUDGE FOGAL ON 10/20/2009 #265538
11/02/09　69　　OUTSIDE SUPPORT: RESEARCH & RETRIEVAL, INC. VOID　　　　　　　　　279.20-　W A/P　　639543
　　　　　　　　CHECK# 483874 - CHECK NEVER USE

REDACTED

C5712       COMERICA BANK
39          PRITIKIN ET AL.

| Date | DsbCd | Description | Units | Rate | Amount | Source | Invoice No. |
|---|---|---|---|---|---|---|---|
| 11/06/09 | 93 | SEARCH FROM CALIFORNIA NORTHERN DISTRICT COURT ON 11/03/09 | | | 2.48 | A/P | |
| 11/13/09 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT SEARCH FROM CALIFORNIA NORTHERN DISTRICT COURT ON 11/06/09 | | | 2.24 | A/P | |
| | | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT SEARCH FROM CALIFORNIA NORTHERN DISTRICT COURT ON | | | REDACTED | A/P | |
| 12/28/09 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT SEARCH FROM CALIFORNIA NORTHERN DISTRICT COURT ON 12/28/09 | | | 2.08 | DSB | |
| 12/31/09 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT SEARCH FROM CALIFORNIA NORTHERN DISTRICT COURT ON 12/31/09 | | | 2.08 | DSB | |
| | | | | | REDACTED | | |
| | | | | | 279.20 REDACTED | | |
| | | | | | 378.40 REDACTED | | |
| | | | | | 461.40 REDACTED | | |

**Disbursements by Type:**
- 30    OTHER
- 31    TRAVEL EXPENSES
- 31S   TRAVEL EXPENSES
- 40    BUSINESS MEALS
- 59H   OVERNIGHT MAIL
- 69    OUTSIDE SUPPORT
- 71H   FEDERAL EXPRESS
- 73    OUTSIDE COPY SERVICE
- 93    PACER SERVICE CENTER - WEB PAGES
- FFRF  FILING/RECORDING FEE
- FILE  FILING
- MSGR  MESSENGER SERVICE
- ONRS  ONLINE RESEARCH