BUCHALTER NEMER
A Professional Corporation
   PETER G. BERTRAND (#87883)
   RICHARD C. DARWIN (#161245)
333 Market Street, 25th Floor
San Francisco, California 94105-2126
Telephone:   (415) 227-0900
Facsimile:   (415) 227-0770
rdarwin@buchalter.com

Attorneys for Defendant
COMERICA BANK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| ROBERT PRITIKIN, et al., | CASE NO. C09 03303 JF |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| COMERICA BANK, et al., | |
| Defendants. | |

    I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 333 Market Street, 25th Floor, San Francisco, California 94105-2126.

    On the date set forth below, I served the foregoing document described as:

**BILL OF COSTS OF DEFENDANT COMERICA BANK;
DECLARATION IN SUPPORT**

on all other parties and/or their attorneys of record to this action by placing a true copy thereof in a sealed envelope as follows:

Joseph Camenzind , IV
Law Offices of Robert Lubin
177 Bovet Road
Suite 600
San Mateo, CA 94402

Kenneth Pritikin
Law Offices of Kenneth Pritikin
2950 Buskirk Avenue
Suite 300
Walnut Creek, CA 9459

BN 4102235v2

PROOF OF SERVICE

1 | Robert M. Lubin
2 | Law Offices of Robert Lubin
    177 Bovet Road
    Suite 600
3 | San Mateo, CA 94402

4  ☒  **BY MAIL**  I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The addresses shown above are the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in San Francisco, California on January 28, 2010. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☒  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made on January 28, 2010, at San Francisco, California.

_____Lucy Gerace_____        _____*Lucy Gerace*_____
                                              (Signature)

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 4102235v2

2

**PROOF OF SERVICE**